# Exhibit C

**From:** "Tirschwell, Sara" <Sara.Tirschwell@corizonhealth.com>
**To:** "King, Scott" <Scott.King@corizonhealth.com>, "Rawnsley, Holly" <Holly.Rawnsley@corizonhealth.com>
**Subject:** Re:
**Date:** Fri, 11 Feb 2022 17:20:19 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

I can sign anything you need.  YesCare is going to be the name we use throughout the RFP.  CHS AZ, LLC is a wholly owned subsidiary of YesCare

Get Outlook for iOS

**From:** King, Scott <Scott.King@corizonhealth.com>
**Sent:** Friday, February 11, 2022 8:48:12 AM
**To:** Rawnsley, Holly <Holly.Rawnsley@corizonhealth.com>; Tirschwell, Sara <Sara.Tirschwell@corizonhealth.com>
**Subject:** Re:

Holly,  I am copying in Sara to see how she would like to handle signatures on the various forms we will be submitting with the RFP.

Sent from my iPad


On Feb 11, 2022, at 8:42 AM, Rawnsley, Holly <Holly.Rawnsley@corizonhealth.com> wrote:


Hi Scott – I've brought Glennis into the loop to manage the registration; however, we also have a series of forms that need to be revised with the CHS AZ, LLC name.  Are you still an authorized signature?  I also have Sara's e-sig, but not Isaac's.

Thanks.

**Holly Rawnsley**
**Vice President of Proposal Development**
**Corizon Health**
**Office:** 615.376.0644
**Cell:** 615.335.4517

---

**From:** King, Scott <Scott.King@corizonhealth.com>
**Sent:** Friday, February 11, 2022 8:12 AM
**To:** Bell, Dana <Dana.Bell@corizonhealth.com>; Rawnsley, Holly <Holly.Rawnsley@corizonhealth.com>
**Cc:** Sholey, Jeff <Jeff.Sholey@corizonhealth.com>; Tirschwell, Sara <Sara.Tirschwell@corizonhealth.com>
**Subject:** FW:

Dana and Holly,

The company that we will use to bid the AZ DOC RFP is "CHS AZ, LLC".  We will  explain that CHS AZ is a wholly owned subsidiary of YesCare and we are working on a full description of the corporate structure and organization for the bid.

Confidential
DEBTOR138357

For bidder  registration purposes, the tax id # is 88-0633810 and the address  is 101 N 1st Ave Suite 800, Phoenix, AZ 85003.

Let us know if you need any further information to register CHS AZ.

Thanks.

**Scott King**
**Chief Legal Officer**



---

**From:** Lefkowitz, Isaac <IL@corizonhealth.com>
**Sent:** Friday, February 11, 2022 7:55 AM
**To:** Tirschwell, Sara <Sara.Tirschwell@corizonhealth.com>; King, Scott <Scott.King@corizonhealth.com>; Sholey, Jeff <Jeff.Sholey@corizonhealth.com>
**Subject:** RE:

Isaac Lefkowitz
Member of the Board
**Corizon Health**
103 Powell Ct, Brentwood, TN 37027
C:+1.646.623.5200
IL@CorizonHealth.com




---

**From:** Lefkowitz, Isaac
**Sent:** Friday, February 11, 2022 8:15 AM
**To:** Tirschwell, Sara <Sara.Tirschwell@corizonhealth.com>; King, Scott <Scott.King@corizonhealth.com>; Sholey, Jeff <Jeff.Sholey@corizonhealth.com>
**Subject:** RE:

CHS of AZ DOC, LLC
a wholly owned subsidiary of:
YesCare am ESOP company, a predominantly women owned Company comprised of former Corizon Health clinical and administrative employees.
Managed by Geneva Consulting, a wholly owned subsidiary of:
Genesis HealthCare a publicly traded Company (GENN)

Isaac Lefkowitz
Member of the Board

Confidential                                                                                              DEBTOR138358

**Corizon Health**

103 Powell Ct, Brentwood, TN 37027
C:+1.646.623.5200
IL@CorizonHealth.com



**From:** Lefkowitz, Isaac
**Sent:** Friday, February 11, 2022 8:10 AM
**To:** Tirschwell, Sara <Sara.Tirschwell@corizonhealth.com>; King, Scott <Scott.King@corizonhealth.com>; Sholey, Jeff <Jeff.Sholey@corizonhealth.com>
**Subject:**

CHS AZ DOC, LLC
A YesCare ESOP company a predominantly women owned Company
Managed by Geneva Consulting, a wholly owned subsidiary of:
Genesis HealthCare a publicly traded Company (GENN)

Isaac Lefkowitz
Member of the Board

**Corizon Health**

103 Powell Ct, Brentwood, TN 37027
C:+1.646.623.5200
IL@CorizonHealth.com





Confidential