# **<u>Exhibit F</u>**

Contract Review Permanent Legislative Oversight Committee
Alabama State House --- Montgomery, Alabama 36130

## CONTRACT REVIEW REPORT
(Separate review report required for each contract)

Name of State Agency: Department of Corrections

Name of Contractor: CHS AL, LLC., d.b.a. YesCare

205 Powell Place                                    Brentwood                    TN
Contractor's Physical Street Address (No P.O. Box Accepted)        City

Is Contractor a Sole Source? YES _____ NO **X** (IF YES, ATTACH LETTER)
Is Contractor organized as an Alabama Entity in Alabama? YES _____ NO **X**
Is Contractor a minority and/or woman-owned business? YES _____ NO **X**
If so, is Contractor certified as such by the State of Alabama? YES _____ NO **X**
Check all that apply   ALDOT _____ ADECA _____ OTHER (Name) _____
Is Contractor Registered with Alabama Secretary of State to do Business as a Corporation in Alabama? YES **X** NO _____
**IF LLC, GIVE NAMES OF MEMBERS** YesCare Corp.
Is Act 2001-955 Disclosure Form Included with this Contract? YES **X** NO _____
Does Contractor have current member of Legislature or family member of Legislator employed? YES _____ NO **X**
Was a Lobbyist/Consultant used to secure this Contract OR affiliated with this Contractor? YES **X** NO _____
**IF YES, GIVE NAME** Dax Swatek

Contract Number: **C220052195** _____ (See Fiscal Policies & Procedures Manual, Page 5-8)

Contract/Amendment Amount: $ **1,064,044,666.00** (PUT AMOUNT YOU ARE ASKING FOR TODAY ONLY)

% State Funds: **X** _____  % Federal Funds: _____  % Other Funds: _____ **

**Please Specify Source of Other Funds (Fees, Grants, etc.) _____

Date Contract Effective: April 1, 2023 _____  Date Contract Ends: September 30, 2027 _____

Type Contract:   NEW: **X** _____   RENEWAL: _____   AMENDMENT: _____
If Renewal, was it originally Bid? YES _____ NO _____

If AMENDMENT, Complete A through C:
[A] **ORIGINAL** contract amount                     $ _____

[B] Amended total prior to this amendment            $ _____

[C] Amended total after this amendment               $ _____

Was Contract Secured through Bid Process? YES _____ NO **X**  Was lowest Bid accepted? YES _____ NO _____
Was Contract Secured through RFP Process? YES **X** NO _____  Date RFP was awarded ~~June 30, 2022~~ **Dec 2, 2022**
Posted to Statewide RFP Database at http://rfp.alabama.gov/Login.aspx? YES **X** NO _____
If NO, give a brief explanation as to why not: _____

Summary of Contract Services to be Provided: Vendor will provide comprehensive healthcare to all inmates in the

physical custody and control of the ADOC for this contract term

Why Contract Necessary AND why this service cannot be performed by merit employee: There is no merit

employee with the skills necessary to perform these services.

I certify that the above information is correct.

_____                        _____
Signature of Agency Head                     Signature of Contractor

John Q. Hamm, Commissioner                   J. Scott King
Printed Name of Agency Head                  Printed Name of Contractor

Agency Contact: Mary-Coleman Roberts         Phone: 334-353-3879

*Revised 8/2/17*

RECEIVED FEB 2023 Governor's Office