# **Exhibit H**

**From:** "Bartoli, Tracy" <Tracy.Bartoli@CorizonHealth.com>
**To:** "Rice, Michelle" <Michelle.Rice@corizonhealth.com>
**Cc:** "Bagwell, Sidney" <Sidney.Bagwell@corizonhealth.com>, "King, Scott" <Scott.King@corizonhealth.com>
**Subject:** RE: Mail Forwarding
**Date:** Wed, 13 Apr 2022 16:21:24 +0000
**Importance:** Normal
**Attachments:** Mail_Forwarding_Entities.xlsx
**Inline-Images:** image001.jpg; image002.jpg

---

Michelle – I added just a couple prior entities to the list.  I did not include PHS and CMS since they were changed over 10 years ago.  As for the new state LLCs, I did add them to the list but I don't think any mail will come to our address as we used the YesCare address in Houston for those.  I put the pharmacorr entities on a separate tab and I agree that the mail should go to OK City address for those entities.  YesCare is also not on the list.  It also has the Houston TX address as its principal place so I am not sure any mail would come to the Brentwood address anyway but it might not hurt to add it to the list.  Regarding PC's, I went ahead and added all of the PCs even if they are inactive so that we make sure we get the mail.  Let me know if you have any questions.

**Tracy Bartoli**
Director, Legal Services



Cell Phone: 314.791.2054
RightFax: 629.333.7337
103 Powell Ct. | Brentwood, TN 37027
www.corizonhealth.com

---

**From:** Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Sent:** Wednesday, April 13, 2022 9:58 AM
**To:** Bartoli, Tracy <Tracy.Bartoli@CorizonHealth.com>; King, Scott <Scott.King@corizonhealth.com>
**Cc:** Bagwell, Sidney <Sidney.Bagwell@corizonhealth.com>
**Subject:** RE: Mail Forwarding

Yes. Please add any that we missed.  I'm guessing we should have mail for the PharmaCorr entities forwarded to OKC, right?

I think we should include the old entities.  I had completely forgot about them, but I think we still get mail for them.

**Michelle Rice**
Sr. Director, Assistant Controller

DEBTOR124709



## Healthcare Support Team
*Serving our people, patients and partners*

Phone: 615.760.8231
Fax: 629.333.7405
103 Powell Court | Brentwood, TN 37027
www.corizonhealth.com

Please consider the environment before printing this e-mail.

---

**From:** Bartoli, Tracy <Tracy.Bartoli@CorizonHealth.com>
**Sent:** Wednesday, April 13, 2022 9:55 AM
**To:** Rice, Michelle <Michelle.Rice@corizonhealth.com>; King, Scott <Scott.King@corizonhealth.com>
**Cc:** Bagwell, Sidney <Sidney.Bagwell@corizonhealth.com>
**Subject:** RE: Mail Forwarding

I noticed the Pharmacorr entities are not on here nor are any of the new state LLCs that we created.  I assume that we should include them.  If so, let me know and I can put them on your spreadsheet.

Scott-  I also wondered whether we still get mail for any of the old entities that we would want to include them on this list as well. Such as Valitas Equity, PHS, ASG, etc.

Tracy Bartoli
Director, Legal Services



Cell Phone: 314.791.2054
RightFax: 629.333.7337
103 Powell Ct. | Brentwood, TN 37027
www.corizonhealth.com

---

**From:** Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Sent:** Wednesday, April 13, 2022 8:26 AM
**To:** Bartoli, Tracy <Tracy.Bartoli@CorizonHealth.com>; King, Scott <Scott.King@corizonhealth.com>
**Cc:** Bagwell, Sidney <Sidney.Bagwell@corizonhealth.com>
**Subject:** Mail Forwarding

We need to setup mail forwarding.  We will need to notify USPS of all entity names that need to be forwarded.  Can you please review the attached list of entities, and let me know if I missed any?

Thanks!!

Michelle Rice
Sr. Director, Assistant Controller

---

Confidential

DEBTOR124710



**Healthcare Support Team**
*Serving our people, patients and partners*

Phone: 615.760.8231
Fax: 629.333.7405
103 Powell Court | Brentwood, TN 37027
www.corizonhealth.com

Please consider the environment before printing this e-mail.

# Document Produced in Native Format

Confidential

DEBTOR124712