# <u>Exhibit J</u>

**Filed State Entities**

| State | Name | File Date | In-state Address | Principal Office Address | Reg Agent | FEIN | Management | Member | Manager |
|---|---|---|---|---|---|---|---|---|---|
| AL | CHS AL, LLC | 2/22/2022 | Not Required | 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | CT Corporation 2 North Jackson St. Suite 605 Montgomery, AL 36104 | 88-0890801 | Manager-Managed | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 |
| AZ | CHS AZ LLC | 2/11/2022 | Attn: Sara Tirschwell 101 N. 1st Ave. Suite 800 Phoeniz, AZ 85003 | 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | CT Corporation System 3800 N. Central Ave. Suite 460 Phoenix AZ 85012 | 88-0633810 | Manager-Managed | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 |
| FL | CHS FL, LLC | 2/21/2022 | Attn: Sara Tirschwell 429 Lenox Ave. Miami Beach, FL 33139 | 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | Attn: Sara Tirschwell 429 Lenox Ave. Miami Beach, FL 33139 | 88-1375547 | Manager-Managed | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 |
| GA | CHS GA, LLC | 2/21/2022 | Sara Tirschwell 1175 Peachtree St. NE Atlanta, GA 30361 | 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | Sara Tirschwell 1175 Peachtree St. NE Atlanta, GA 30361 | | Manager-Managed | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 |
| KS | CHS KS, LLC | 2/21/2022 | 7200 W 13th Street North Wichita, KS 67212 | 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | CHS KS, LLC 7200 W 13th Street North Wichita, KS 67212 | 88-0839074 | Manager-Managed | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 |
| NH | CHS NH, LLC | (3/1/22) | 11 S Main St., Unit 200 Concord, NH 03301 | 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | CT Corporation System 1 1/2 Beacon Street Concord, NH 03301-4447 | 88-1615722 | Manager-Managed | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 |
| | CHS New Jersey, LLC | 3/24/2022 | Not Required | 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | C T Corporation 820 Bear Tavern Road West Trenton, NJ 08628 | | Manager-Managed | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 |
| | CHS MO, LLC | 4/4/2022 | Not Required | 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | C T Corporation System 120 S Central Ave. Clayton, MO 63105 | TBD | Manager-Managed | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 |
| | CHS TX, LLC | In discussion - Confirm if we are bidding on Ft. Bend | | | | TBD | Manager-Managed | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 |
| | CHS NY, LLC | In process - Filed 4/5/22 - Waiting for Confirmation | Only New Yorl County listed on Filing - Address is: 885 3rd Ave., Suite 2900 New York, NY 10022 | Not Listed on Filing | C T Corporation System 28 Liberty Street New York, NY 10005 | 88-1604573 | Manager-Managed | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 | YesCare Corp. Attn: Sara Tirschwell 3411 Yoakum Blvd. Suite 2901 Houston, TX 77006 |