# **Exhibit K**

**To Be Filed State Entities**

| State | Entity Name | In-state address | Reg Agent | Filing Timeframe | Requirements | Notes |
|---|---|---|---|---|---|---|
| KY | CHS KY, LLC | | | | Company cannot serve as its own RA. Must deliver RA consent to serve as agent. Can use RA address for registered office in KY | Lexington Release Date 6/30/22 |
| MD | CHS MD, LLC | | | Expedited in 3 hours if submitted before 2:30 pm for fee of $425. Non-expedited 6-8 weeks | Must have a MD address - we can use MD Regional Office Address. RA can be any MD citizen who is over 18, a MD corp or LLC. The RA must also sign the document. Suggest we use CT. | PG County Release Date 5/18/22 |
| MI | CHS MI, LLC | no in state address required - Just RA | | Same Day fee $100; 24 hours $50 | Name and address of RA in MI. Suggest we use CT | St. Clair County Release Date 9/30/22 |
| NM | CHS NM, LLC | no in state address required - Just RA | RA must be resident of NM or a business in NM - Use CT | | | Dona Ana Release Date TBA |
| PA | CHS PA, LLC | Must provide PA address for LLC or address of RA - We can use our Philly address | | | | PA DOC Releae Date Apr-22 |
| VA | CHS VA, LLC | Must provide prinicpal office - does not have to be in VA. | RA required. Virtual office not acceptable. Must be resident of VA. Use CT | | | Nothing in Pipeline - Existing business |
| WY | CHS WY, LLC | No instate address required - must provide mailing and prinipal office address | RA must be in WY and must sign form- Use CT | 15 days | Does entity elect to be a "close LLC" | Nothing in Pipeline - Existing business |
| MS | In pipeline | Release Date Apr-22 | | | | |
| CA | In pipeline | Release Date Mar-22 | | | | Orange County - Bid Decision Under Review |
| TN | In pipeline | Release Date Sep-21 | | | | Prioritize - RFP Out already |
| MA | In pipeline | Release Date Apr-22 | | | | Norfolk County - RFP out this month |
| NV | In pipeline | Release date Apr-22 | | | | |
| IN | In pipeline | Release date Apr-22 | | | | |