# Exhibit L

**From:** "King, Scott" <Scott.King@corizonhealth.com>
**To:** "Reed, Glennis" <Glennis.Reed@corizonhealth.com>
**Cc:** "Rawnsley, Holly" <Holly.Rawnsley@corizonhealth.com>
**Subject:** RE: Arizona Forms
**Date:** Fri, 11 Feb 2022 20:28:59 +0000
**Importance:** Normal
**Inline-Images:** image002.png; image003.png

---

Glennis & Holly,

The only thing I would note is that attachment 4 lists our confidential/trade secret information on Corizon Health letterhead. In talking to Isaac and Sara this morning, I don't think they wanted any documents with the Corizon logo or name on it.   I believe Sara is finalizing the new logo for YesCare. Not sure if she has discussed this with you all yet.

Scott

**Scott King**
**Chief Legal Officer**



**From:** Reed, Glennis <Glennis.Reed@corizonhealth.com>
**Sent:** Friday, February 11, 2022 2:02 PM
**To:** King, Scott <Scott.King@corizonhealth.com>
**Cc:** Rawnsley, Holly <Holly.Rawnsley@corizonhealth.com>
**Subject:** RE: Arizona Forms
**Sensitivity:** Confidential

Scott,

Attachments 1 through 4 are attached for review.

Attachment 5 – Conformance Statements – Deviations and Exceptions. Waiting on exceptions then will add Sara's signature.

Attachment 6 – Identification of Subcontractors – no signature needed. Waiting on percentages from pricing.

Attachment 8 – PIPD Fee Schedule and Attachment 9 – Budget Narrative – in the hands of pricing.

Attachment 11 – Experience and Reference – no signature needed

**From:** Rawnsley, Holly <Holly.Rawnsley@corizonhealth.com>
**Sent:** Friday, February 11, 2022 11:32 AM
**To:** Reed, Glennis <Glennis.Reed@corizonhealth.com>
**Cc:** King, Scott <Scott.King@corizonhealth.com>
**Subject:** Arizona Forms
**Sensitivity:** Confidential

DEBTOR138440

Glennis – please change the Arizona forms from Corizon Health of Arizona, LLC to CHS AZ, LLC.  The signature will be Sara Tirschwell, Chief Executive Officer.

Since this is our first venture into this, please send any questions to Scott.  Also, once all forms are completed, please send them to him to review.

Scott – these will be the required forms for the proposal.  We're still waiting on the W-9 to be able to complete registration with the state.

Thanks!

**Holly Rawnsley**
**Vice President of Proposal Development**
**Corizon Health**
**103 Powell Court, Brentwood, TN 37027**
**Office: 615.376.0644**
**Cell: 615.335.4517**

