# **Exhibit O**

F I L E D
In the Office of the
Secretary of State of Texas

APR 28 2022

Corporations Section

## THE STATE OF TEXAS
## CERTIFICATE OF CONVERSION
## OF A DELAWARE CORPORATION
## TO A TEXAS CORPORATION

### Converting Entity Information

The name of the converting entity is Valitás Health Services, Inc.

The jurisdiction of formation of the entity is Delaware.

The date of formation of the entity is 11/5/1991.

The file number, if any, issued to the converting entity by the secretary of state, is 2278004.

### Converted Entity Information

The entity named above is converting to a Texas corporation. The name of the corporation is Valitás Health Services, Inc.

The corporation will be formed under the laws of Texas.

### Plan of Conversion

The plan of conversion is attached.

### Certificate of Formation for the Converted Entity

The converted entity is a Texas Corporation. The certificate of formation of the Texas corporation is attached to this certificate as an exhibit to the plan of conversion.

### Approval of the Plan of Conversion

The plan of conversion has been approved as required by the laws of the jurisdiction of formation and the governing documents of the converting entity.

### Effectiveness of Filing

This document becomes effective when the document is accepted and filed by the secretary of state.

### Tax Certificate

In lieu of providing the tax certificate, the Texas corporation as the converted entity is liable for the payment of any franchise taxes.

**Execution**

The undersigned signs this document subject to the penalties imposed by the law for the submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Business Organizations Code, or other law applicable to and governing the converting entity, to execute the filing instrument.

Date: February 25, 2022

**VALITAS HEALTH SERVICES, INC.**

By: _____

Title: ____SVP and Chief Legal Officer____

Name: ____J. Scott King____

2

**Plan of Conversion**

**of**

**Valitás Health Services, Inc.**

This Plan of Conversion having an effective date of February 25, at 5:00 p.m. Central time (the "**Effective Date**") is agreed and entered into by Valitás Health Services, Inc., a Delaware corporation, pursuant to Section 266 of the Delaware General Corporation Law and Sections 10.102 and 10.103 of the Texas Business Organizations Code.

1. The name of the entity before conversion is Valitás Health Services, Inc. (the "**Converting Entity**"), and the name of the entity after conversion is Valitás Health Services, Inc. (the "**Converted Entity**").

2. The Converting Entity is continuing its existence in the organizational form of the Converted Entity.

3. The Converted Entity is to be a corporation formed under the laws of the State of Texas.

4. Valitás Intermediate Holdings, Inc., a Delaware corporation, owns 100% of the issued and outstanding shares of common stock of the Converting Entity. Pursuant to this Plan of Conversion, the outstanding shares of common stock of the Converting Entity will be converted into the same number of shares of common stock in the Converted Entity, simultaneously with the Texas Secretary of State's declaration of effectiveness of a Certificate of Conversion of the Converting Entity.

5. The registered agent of the Converted Entity for the State of Delaware shall be C T Corporation System whose address is 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

6. The Certificate of Formation of the Converted Entity is attached hereto as Exhibit A.

*[Signature page follows]*

4/4/2022 13:00
AMERICAS 112442566 v3 [112442566_3.docx]

IN WITNESS WHEREOF, this Plan of Conversion is effective as of the Effective Date set forth above.

**VALITÁS HEALTH SERVICES, INC.**

By:

_J. Scott King_

Title:     SVP and Chief Legal Officer

Name:    J. Scott King

2/23/2022 20:23
[Valitas Health Services, Inc. - Plan of Conversion (TX) (WC Draft
2.23.22).docx]

## Exhibit A

## CERTIFICATE OF FORMATION

[See attached.]

| **Form 201**<br>**(Revised 12/21)**<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br><br>**Filing Fee: $300** | **Certificate of Formation**<br>**For-Profit Corporation** | This space reserved for office use.<br><br>**F I L E D**<br>In the Office of the<br>Secretary of State of Texas<br><br>**APR 28 2022**<br><br>**Corporations Section** |

## Article 1 – Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

Valitás Health Services, Inc.

The name must contain the word "corporation," "company," "incorporated," "limited" or an abbreviation of one of these terms.

## Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

☒ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

C T Corporation System

**OR**

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| *First Name* | *M.I.* | *Last Name* | *Suffix* |
|---|---|---|---|

C. The business address of the registered agent and the registered office address is:

| 1999 Bryan Street, Suite 900 | Dallas | TX | 75201 |
|---|---|---|---|
| *Street Address* | *City* | *State* | *Zip Code* |

## Article 3 – Directors
(A minimum of 1 director is required.)

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are as follows:

| Director 1 | | | | | |
|---|---|---|---|---|---|
| Sara | | Tirschwell | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 103 Powell Court | Brentwood | | TN | 37027 | USA |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

| Director 2 | | | | | |
|---|---|---|---|---|---|
| Abe | | Goldberger | | | |
| First Name | M.I. | Last Name | | | Suffix |
| 103 Powell Court | Brentwood | | TN | 37027 | USA |
| Street or Mailing Address | City | | State | Zip Code | Country |

| Director 3 | | | | | |
|---|---|---|---|---|---|
| David | | Gefner | | | |
| First Name | M.I. | Last Name | | | Suffix |
| 103 Powell Court | Brentwood | | TN | 37027 | USA |
| Street or Mailing Address | City | | State | Zip Code | Country |

## Article 4 – Authorized Shares

(Provide the number of shares in the space below, then select option A or option B; do not select both.)

The total number of shares the corporation is authorized to issue is: 15,000

☒ A. The par value of each of the authorized shares is: $0.001

OR

☐ B. The shares shall have no par value.

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, the par value (or statement of no par value), and the preferences, limitations, and relative rights of each class in the space provided for supplemental information on this form.

## Article 5 – Purpose

The purpose for which the corporation is formed is for the transaction of any and all lawful business for which a for-profit corporation may be organized under the Texas Business Organizations Code.

## Initial Mailing Address

(Provide the mailing address to which state franchise tax correspondence should be sent.)

| 103 Powell Court | Brentwood | TN | 37027 | USA |
|---|---|---|---|---|
| Mailing Address | City | State | Zip Code | Country |

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

The corporation will have four directors upon formation, the three directors listed in Section 3 above plus:

Isaac Lefkowitz
103 Powell Court
Brentwood, TN 37027

This corporation is being incorporated pursuant to a plan of conversion dated February 25, 2022 by Valitás Health Services, Inc., a Delaware corporation (the "Converting Entity"). The address of the principal place of business of the Converting Entity was 103 Powell Court, Brentwood, TN 38027. The date of formation of the Converting Entity is November 5, 1991.

## Organizer

The name and address of the organizer:

Nicholas Geohegan
*Name*

| 609 Main Street, Suite 2900 | Houston | Texas | 77002 |
|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Zip Code* |

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned also affirms that, to the best knowledge of the undersigned, the name provided as the name of the filing entity does not falsely imply an affiliation with a governmental entity. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date:   February 25, 2022


_____
Signature of organizer

Nicholas Geohegan
Printed or typed name of organizer

Form 201                                3