# <u>Exhibit W</u>

## DeCaussin, Tracy

| | |
|---|---|
| **From:** | Frias, Elmeada <Elmeada.Frias@corizonhealth.com> |
| **Sent:** | Friday, May 13, 2022 2:12 PM |
| **To:** | DeCaussin, Tracy |
| **Cc:** | De Julius, Brandon; Silva, Mary |
| **Subject:** | Excited to Announce that Corizon Health is now YesCare |

EMAIL ORIGIN EXTERNAL: Use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good Afternoon Tracy,

As per our conversation, I wanted to make you aware of some exciting news at Corizon Health. Monday morning, we will be announcing that the dedicated employees of Corizon Health have teamed up with a healthcare conglomerate to create YesCare, launching our new vision for correctional healthcare nationwide and announcing C-suite leadership to drive the company's next chapter as a leading correctional healthcare company. In the immediate term, this will not impact our service to you in any way but, longer term, we believe it will elevate care and improve the lives of the people we serve. You have probably already seen how our competitive advantage in staffing benefits you.

YesCare's mission is to bring a more compassionate model of care, in partnership with clients like you, to our correctional patients across the country. This means investing in high priority areas that include women's health, behavioral health, and programming for suicide prevention and addiction treatment, inclusive of expanded reentry and community partnerships. To do this, we are facilitating a culture where we empower employees with the resources they need, one that encourages collaboration and learning, with a focus on integrated, inter-disciplinary care and one that moves the care model forward toward recovery and rehabilitation.

I am proud to share this vision with you as we take important steps toward being the standard for exceptional care in corrections. I look forward to our continued partnership in the critical work we do together. It has been an honor to serve you and all the patients at your facility. Please join us in our excitement for this next stage of innovative and compassionate care, under the YesCare name. I invite you to visit our new website at www.yescarecorp.com .

Thank you,

Elmeada

Elmeada Frias, MAS, CCHP
Vice President of Operations
Community Corrections-Eastern Region



Cell: 1-856-266-3264
FAX: 1-629-333-7358
E-Mail: Elmeada.Frias@corizonhealth.com
www.corizonhealth.com
Facebook | Twitter | YouTube | LinkedIn
Safety, Motivation, Accountability, Respect, Teamwork

1