# **Exhibit Y**

## Young, Mary

| | |
|---|---|
| **From:** | Davies, Karen <Karen.Davies@Yescarecorp.com> |
| **Sent:** | Thursday, June 2, 2022 10:26 AM |
| **To:** | Singleton, Dan |
| **Cc:** | Mangarella, Paula |
| **Subject:** | <EXTERNAL EMAIL>YesCare Invoices |

**WARNING:** This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Chief Singleton,
As a follow-up to our announcement on our name change:

- YesCare acquired all the active business of Corizon.  As part of this acquisition, your contract with Corizon is now vested with CHS TX, LLC ("CHS"), and a wholly owned subsidiary of YesCare.
- There are no operational changes related to this transaction. Staff, P&P, contract structures, etc. will all remain the same.
- Under our new ownership, we are, for the first time, under the ownership of a healthcare corporation- a structure unique in the industry. This affords our re-branded organization with
- ownership that understands the delivery of healthcare;
- backing of a large healthcare conglomerate with multitudes of resources for us to leverage; and
- strong financial and leadership stability.
- To ensure that payments under the contract continue without interruption, we will be providing you with CHS' FEIN (tax id number) and a W-9 form as part of our next invoice. There will be no change in bank account information at this time, however, that may be updated in the future.
- Because CHS was split from Corizon through a merger transaction, your contract has not been assigned or transferred and no other action with respect to the contract is necessary.
- Any future contracts amendments we will want to reflect that CHS is the successor contracting entity because of the merger transaction.
- The full force of our corporate office remains at your service for any additional information or clarification that you may need.
- Please forward to any one from your team that would need this information and if there are any questions, feel free to reach out to me.  Many thanks.

Karen

**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations
Phone: 954-649-3043
Karen.davies@yescarecorp.com





www.yescarecorp.com

Facebook | Twitter | YouTube | LinkedIn
**S**afety, **M**otivation, **A**ccountability, **R**espect, **T**eamwork

Administrative Assistant:  Melissa Wardell
Phone: 941-708-6799