# **Exhibit BB**



**Herbert F. Kozlov**
Direct Phone:  +1 212 549 0241
Email:  hkozlov@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 17, 2023

<u>Via UPS and Email Where Email Addresses are Shown</u>

Tehum Care Services, Inc.
(formerly Corizon Health, Inc.)
103 Powell Court
Brentwood, TN 37027
Attn: Chief Executive Officer

Brian.pfeiffer@hitecase.com
White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
Attn: Brian Pfeiffer, Partner

M2LoanCo, LLC
351 Spook Rock Road
Suffern, NY 10901
Attn: Isaac Lefkowitz

jbrookner@grayreed.com
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056
Attn: Jason S. Brookner

Russell.perry@ankura.com
Russell A. Perry
Senior Managing Director
Ankura Consulting Group, LLC
2021 McKinney Avenue, Suite 340
Dallas, TX 75201

RE:     In re Tehum Care Services Inc.; Bankruptcy Court for the Southern District of Texas;
        <u>Bankruptcy Case No. 23-90086 (CML).</u>

To Whom It May Concern:

We represent FTI Capital Advisors, LLC ("FTI") in connection with the issues raised as a consequence of the Declaration of Russell A. Perry dated February 17, 2023 (the "Declaration"). As set forth in greater detail below, (i) the filing of the Declaration directly breaches the terms of the February 8, 2022 engagement letter with FTI (the "EL"); and (ii) substantially misstates the actual Opinion Letter dated May 01, 2022 (the "Opinion") rendered by FTI.

As you are undoubtedly aware, Clause J of the EL imposes specific confidentiality and advance clearance provisions on the counterparties to the EL. Clause J provides as follows:

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-171995565.1-KVFUKSA 02/19/2024 3:11 PM

Tehum Care Services, Inc.
White & Case
M2 LoanCo, LLC
Gray Reed
Ankura Consulting Group, LLC
March 17, 2023
Page 2

**ReedSmith**

J.  You agree that, except as set forth below or as required by law, regulation, legal proceeding, judicial or governmental order or similar legal process or by any regulatory, governmental or self-regulatory authority, the Company and the Board shall not disclose (i) that FTI was engagedfor this process, (ii) the oral or written conclusions or opinions reached by FTI,(iii) the written Opinion we deliver, and (iv) any Materials we provide to the Board in rendering our Opinion (collectively, our "Work Product"). You agree that, except as set forth below or as required by law, regulation, legal proceeding, judicial or governmental order or similar legal process by any regulatory or self-regulatory authority, neither the Company nor the Board shall provide our Work Product to any other Person or entity or circulate, reproduce, summarize or refer to our Work Product publicly without FTICA's prior written consent**. In the event that the Company or the Board intends to disclose or otherwise provide Work Product to a third party pursuant to the permitted exception to confidentiality, FTICA will be provided reasonable advance notice,** except where providing such advance notice is prohibited by law. Notwithstanding the foregoing, the Company may reproduce (i) the Opinion, in full (but not in part) and provide copies thereof to any advisory committee or other committee of the Board as well as any legal, accounting, and financial advisors of the Board and/or Company, or shareholder or noteholder (provided they execute a non reliance letter) solely for use in connection with their review and approval of the Proposed Transaction (provided that each such recipient has been informed of these confidentiality restrictions) and (ii) use and disclose the Opinion to the extent relevant in any litigation relating to the Proposed Transaction or RemainCo.

Despite the clear provisions of Clause J, the Declaration, at paragraph 7, states as follows:

7.      To ensure that a divisional merger was a viable and fair path forward, on February 8, 2022, the Debtor engaged independent financial firm, FTI Capital Advisors, LLC ("FTI"), to render a fairness opinion on the proposed divisional merger. FTI conducted widescale due diligence, including a review and analysis of Corizon's financial history and contingent liabilities. Ultimately, the conclusion was reached that the proposed divisional merger provided Corizon's unsecured creditors with access to equal or greater value than not completing the merger, supported by, among other things, the availability of $15,000,000 from M2 LoanCo, LLC pursuant to a funding agreement (the "Funding Agreement"). FTI confirmed the fairness of the divisional merger in a May 1, 2022, fairness opinion sent to the Debtor's Board of Directors.

Tehum clearly had a duty under the EL to keep confidential FTI's Work Product, and even if a permitted exception to confidentiality were applicable, Tehum had a duty to provide FTI reasonable

Tehum Care Services, Inc.
White & Case
M2 LoanCo, LLC
Gray Reed
Ankura Consulting Group, LLC
March 17, 2023
Page 2

**ReedSmith**

advance notice.  Tehum also breached that obligation and, as a consequence, made an inaccurate and unpermitted disclosure of FTI's Work Product.

Significantly, the Declaration is materially inaccurate. The Opinion is limited to the following narrow conclusion:

> Based upon and subject to the foregoing, we are of the opinion that **the Transaction is fair, from a financial point of view, to the RemainCo Unsecured Creditors as compared to a scenario in which the Transaction does not occur and instead there is a Restructuring.** Our opinion is based on the terms described to us by the Company.

The Declaration, however, states that "FTI confirmed the fairness of the divisional merger in a May 1, 2022, fairness opinion sent to the Debtor's Board of Directors." The Declaration omits to disclose that the Opinion was predicated on numerous factual assumptions, including the following assumptions:

> We have assumed that (i) in the event of a Restructuring in which the Company's subsidiary, Corizon, became a debtor in a bankruptcy case, if the assets of Corizon available to satisfy the existing secured debt would not be adequate to fully satisfy the secured debt, the secured creditors would have a deficiency claim that would be treated as an unsecured liability of Corizon; (ii) in such event, the aforesaid deficiency claim, as an unsecured liability, would be added to the total amount of other unsecured claims against Corizon; (iii) such additional unsecured claims of the secured creditors therefore would dilute what might otherwise be available to the other unsecured creditors of Corizon in the absence of such a deficiency claim; and (iv) in the event of such a Restructuring, cash from the Account would be available and used, in whole or in part, to pay administrative expenses of the Restructuring and to satisfy creditor claims against Corizon.

As you are also aware, the Opinion specifically set forth the factual information provided by Corizon upon which FTI relied in rendering its Opinion, and noted that FTI was relying on the factual accuracy of the information provided.  Accordingly, the statement in the Declaration that FTI "conducted widescale due diligence" is misleading and overstates the scope of FTI's assignment.

Accordingly, we hereby request that you (a) adhere to the confidentiality provisions in the EL, including the advance notice provisions, and (b) refrain from making any further misleading, incomplete or inaccurate statements regarding the role of FTI and the services and advice rendered by FTI.

ReedSmith

Tehum Care Services, Inc.
White & Case
M2 LoanCo, LLC
Gray Reed
Ankura Consulting Group, LLC
March 17, 2023
Page 2

This is without prejudice to and does not constitute a waiver of any rights or claims of FTI, all of which are reserved.

Very truly yours,

REED SMITH LLP

*Herbert F. Kozlov*

HFK:kf