B2500A (Form 2500A) (12/15)

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | )    Case No. 23-90086 (CML) |
| TEHUM CARE SERVICES, INC., | ) |
| | )    Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |
| MATTHEW J. DUNDON, solely in his capacity as the | ) |
| GUC TRUSTEE of the GUC TRUST, MICHAEL | ) |
| ZIMMERMAN, solely in his capacity as the PI/WD | )    Adv. Pro. No. 26-03138 (CML) |
| TRUSTEE of the PI/WD TRUST, and THE POST- | ) |
| EFFECTIVE DATE DEBTOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Those Parties Listed in Appendix A, | ) |
| | ) |
| Defendants. | ) |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____
(Clerk of the Bankruptcy Court)

Date: _____

_____
(Deputy Clerk)

1

**Appendix A**

**List of Defendants and Addresses**

| | |
|---|---|
| **Yitzchak "Isaac" Lefkowitz**<br><br>Primary<br>1528 56th St<br>Apt 1<br>Brooklyn, NY 11219-4737<br><br>Secondary/Alternative<br>885 Third Avenue<br>New York, New York | **YesCare Corp.**<br>Registered Agent: CT Corporation System<br><br>1999 Bryan St.<br>Suite 900<br>Dallas, TX 75201-3136 |
| **CHS TX, Inc.**<br>Registered Agent: CT Corporation System<br><br>1999 Bryan St.<br>Suite 900<br>Dallas, TX 75201-3136 | **Geneva Consulting, LLC**<br>Registered Agent: Northwest Registered Agent Service, Inc.<br><br>8 The Green<br>Suite B<br>Dover, DE 19901 |
| **Perigrove LLC**<br>Registered Agent: Northwest Registered Agent LLC<br><br>418 Broadway<br>Suite N,<br>Albany, NY 12207 | **Perigrove 1018, LLC**<br>Registered Agent: Northwest Registered Agent LLC<br><br>418 Broadway<br>Suite N,<br>Albany, NY 12207 |
| **M2 HoldCo LLC**<br>Registered Agent: Northwest Registered Agent LLC<br><br>7901 4th St. N<br>Suite 300<br>St. Petersburg, FL 33702 | **M2 LoanCo, LLC**<br>Registered Agent: Northwest Registered Agent LLC<br><br>7901 4th St N<br>Suite 300<br>St. Petersburg, FL 33702 |
| **PharmaCorr, LLC**<br>Registered Agent: The Corporation Trust Company<br><br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Sara Ann Tirschwell**<br><br>3411 Yoakum Blvd.<br>Apt 2901<br>Houston, Texas 77006 |
| **Ayodeji Olawale Ladele**<br><br>6633 NW 81st Blvd<br>Gainesville, FL 32653 | **Beverly Michelle Rice**<br><br>4021 Hallborough Way<br>Hermitage, TN 37076-3289 |
| **Jeffrey Scott King**<br><br>3910 Trimble Rd<br>Nashville, TN 37215-3104 | **Jennifer Lynne Finger**<br><br>1133 Battery Lane,<br>Nashville, TN 37220-1051 |
| **Frank Jeffrey Sholey**<br><br>3016 Letson Lane<br>Spring Hill, TN 37174-7533 | |

B2500A (Form 2500A) (12/15)

**CERTIFICATE OF SERVICE**

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

☐        Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐        Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐        Residence Service: By leaving the process with the following adult at:

☐        Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐        Publication: The defendant was served as follows: [Describe briefly]

☐        State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____        Signature _____

Print Name:        _____

Business Address:        _____

_____

3