## **EXHIBIT B**

LEFKOWITZ SERVICE AFFIDAVIT

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Matthew J. Dundon, solely in his capacity as the GUC
Trustee of the GUC Trust, et al.
        Plaintiff(s)

                                  VS.                    Case No: 26-03138 (CML)

Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.
        Defendant(s)

## AFFIDAVIT OF DUE DILIGENCE

I, Dominic DellaPorte, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen (18) years, and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Yitzchak "Isaac" Lefkowitz with the above named process.

That on May 5, 2026 at 11:54 AM, I attempted to serve Yitzchak "Isaac" Lefkowitz at 1528 56th Street, Apt. 1, Brooklyn, New York 11219. On this occasion, I found the address provided is a single-family residence. There is no apartment 1. A neighbor advised that they have not seen the family lately, but confirmed the address.

That on May 6, 2026 at 7:31 AM, I attempted to serve Yitzchak "Isaac" Lefkowitz at 1528 56th Street, Apt. 1, Brooklyn, New York 11219. On this occasion, there was no answer at the door again after I knocked for several minutes, although there was a car in the driveway. The garbage for this residence was not out, like the rest of the block.

That on May 7, 2026 at 5:26 PM, I attempted to serve Yitzchak "Isaac" Lefkowitz at 1528 56th Street, Apt. 1, Brooklyn, New York 11219. On this occasion, I arrived at the service address and buzzed the intercom, but received no answer. Shortly after, the housekeeper came out, and accordingly I asked if anyone was home. The housekeeper went in to check, came back out, said no one was home, and walked away.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 05/13/2026

_____
Dominic DellaPorte

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

*Client Ref Number: 41911/1*
*Job #:15820101*