## EXHIBIT C

TIRSCHWELL SERVICE AFFIDAVIT

### UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

---

*Matthew J. Dundon, solely in his capacity as the GUC*
*Trustee of the GUC Trust, et al.*
                    *Plaintiff(s)*

                                        *VS.*                    Case No: 26-03138 (CML)

*Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.*
                    *Defendant(s)*

---

### AFFIDAVIT OF DUE DILIGENCE

*I, Andrew Garza, a Private Process Server, being duly sworn, depose and say:*

*That I am over the age of eighteen (18) years, and not a party to or otherwise interested in this action.*

*That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.*

*That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Sara Ann Tirschwell with the above named process.*

*That on May 5, 2026 at 1:30 PM, I attempted to serve Sara Ann Tirschwell at 341 Yoakum Boulevard, Apartment 2901, Houston, Texas 77006. On this occasion, due to an instructional error, I found that address provided does not exist, as the street has 4 digits in their addresses. In addition, I noted that there were several apartment complexes in the area, however none were numbered 341.*

*That on May 8, 2026 at 5:37 PM, I attempted to serve Sara Ann Tirschwell at 3411 Yoakum Boulevard, Apartment 2901, Houston, Texas 77006. On this occasion, I found the address to be a secured apartment building. Per the concierge, they called up to the unit but there was no answer. In addition, the concierge stated that I would only be allowed up if the resident of Apartment 2901 is present and provides authorization for access to me. The concierge would not verify if Sara Tirschwell was a resident there.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 05/18/2026*

_____
                                        *Andrew Garza*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: 41911/1*
*Job #:15820079*