UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

---

Matthew J. Dundon, solely in his capacity as the GUC Trustee
of the GUC Trust, et al.

               Plaintiff(s)

                                 VS.                   Case No: 26-03138 (CML)

Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.

               Defendant(s)

---

## AFFIDAVIT OF SERVICE

I, Carlos Barrera, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 05/05/2026 at 12:55 PM, I served CHS TX, Inc., c/o CT Corporation System, Registered Agent at 1999 Bryan Street, Suite 900, Dallas, Texas 75201, with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits by serving William Miller, Agent, authorized to accept service on behalf of CT Corporation System.

William Miller is described herein as:

Gender:  Male    Ethnicity:  Caucasian      Age:  40    Weight:  190        Height:  5'10"      Hair:  Dark Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on _____5-5-26_____

                                                     _____

                                                        Carlos Barrera

                                                     Capitol Process Services, Inc.
                                    7500 Greenway Center Drive, Suite 420
                                          Greenbelt, Maryland 20770
                                                 (202) 667-0050

                                                 Client Ref Number: 41911/1
                                                        Job #:15820096

B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 23-90086 (CML) |
| TEHUM CARE SERVICES, INC., | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) ) ) ) ) ) | Adv. Pro. No. 26-03138 (CML) |
| Plaintiffs, | ) | |
| v. | ) | |
| Those Parties Listed in Appendix A, | ) | |
| Defendants. | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*

## UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Matthew J. Dundon, solely in his capacity as the GUC Trustee
of the GUC Trust, et al.

Plaintiff(s)

VS.

Case No: 26-03138 (CML)

Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.

Defendant(s)

### AFFIDAVIT OF SERVICE

I, Ricky Cooper, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen (18) years, and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That on 5/5/2026 at 2:06 PM, I personally served Jennifer Lynne Finger with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits at 1133 Battery Lane, Nashville, Tennessee 37220.

Jennifer Lynne Finger is described herein as:

| Gender: | Female | Ethnicity: | Caucasian | Age: | 50 | Weight: | 150 | Height: | 5'6" | Hair: | Blond |

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 05/05/2026

_Ricky Cooper_

Ricky Cooper

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number: 41911/1
Job #:15820072

B2500A (Form 2500A) (12/15)

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>TEHUM CARE SERVICES, INC.,<br><br>       Debtor.<br><hr> | )<br>)<br>)   Case No. 23-90086 (CML)<br>)<br>)   Chapter 11<br>)<br>)<br>) |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR,<br><br>       Plaintiffs,<br><br>v.<br><br>Those Parties Listed in Appendix A,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)   Adv. Pro. No. 26-03138 (CML)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

> Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
> 515 Rusk Street
> Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

> **Brown Rudnick LLP**
> Eric R. Goodman
> D. Cameron Moxley
> Seven Times Square
> New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*

*UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION*

---

Matthew J. Dundon, solely in his capacity as the GUC Trustee
of the GUC Trust, et al.

    **Plaintiff(s)**

            VS.        **Case No: 26-03138 (CML)**

Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.

    **Defendant(s)**

---

## AFFIDAVIT OF SERVICE

I, Robert DeLacy, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 5/5/2026 at 11:20 AM, I served Geneva Consulting, LLC, c/o Northwest Registered Agent Service, Inc., Registered Agent at 8 The Green, Suite B, Dover, Delaware 19901 with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits by serving Charlotte Banice, Agent, authorized to accept service on behalf of Northwest Registered Agent Service, Inc.

Charlotte Banice is described herein as:

| Gender: | Female | Ethnicity: | Black | Age: | 45-50 | Weight: | 200 | Height: | 5'7" | Hair: | Black |
|---|---|---|---|---|---|---|---|---|---|---|---|

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>05/05/2026</u>

                          Robert DeLacy, Jr.

                         Capitol Process Services, Inc.
                 7500 Greenway Center Drive, Suite 420
                      Greenbelt, Maryland 20770
                         (202) 667-0050

                         Client Ref Number: 41911/1
                           Job #:15820095

B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-90086 (CML) |
| | ) | |
| TEHUM CARE SERVICES, INC., | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) | Adv. Pro. No. 26-03138 (CML) |
| Plaintiffs, | ) | |
| v. | ) | |
| Those Parties Listed in Appendix A, | ) | |
| Defendants. | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

---

Matthew J. Dundon, solely in his capacity as the GUC Trustee
of the GUC Trust, et al.
                    Plaintiff(s)

                                        VS.                    Case No: 26-03138 (CML)

Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.
                    Defendant(s)

---

## AFFIDAVIT OF SERVICE

I, Ricky Cooper, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen (18) years, and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That on 5/5/2026 at 2:19 PM, I personally served Jeffrey Scott King with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits at 3910 Trimble Road, Nashville, Tennessee 37215.

Jeffrey Scott King is described herein as:

Gender:   Male      Ethnicity:   Caucasian         Age:   62      Weight:   160         Height:   5'7"         Hair:   Gray

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 05/05/2026

_Ricky Cooper_
                                                                        Ricky Cooper

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number: 41911/1
Job #:15820073

B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 23-90086 (CML) |
| TEHUM CARE SERVICES, INC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the | ) | |
| GUC TRUSTEE of the GUC TRUST, MICHAEL | ) | |
| ZIMMERMAN, solely in his capacity as the PI/WD | ) | Adv. Pro. No. 26-03138 (CML) |
| TRUSTEE of the PI/WD TRUST, and THE POST- | ) | |
| EFFECTIVE DATE DEBTOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Those Parties Listed in Appendix A, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

---

*Matthew J. Dundon, solely in his capacity as the GUC Trustee*
*of the GUC Trust, et al.*

                *Plaintiff(s)*

                              *VS.*                         *Case No: 26-03138 (CML)*

*Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.*

                *Defendant(s)*

---

### *AFFIDAVIT OF SERVICE*

I, Doreen Campbell, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 05/07/2026 at 11:38 AM, I served M2 HoldCo LLC, c/o Northwest Registered Agent LLC, Registered Agent at 7901 4th Street North, Suite 300, St. Petersburg, Florida 33702, with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits by serving Korey Frank, Agent, authorized to accept service on behalf of Northwest Registered Agent LLC.

Korey Frank is described herein as:

Gender:  Male    Ethnicity:  Caucasian      Age:  29    Weight:  175      Height:  6'4"     Hair:  Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on    5/11/2026

 

/s/ *Doreen Campbell*

---

*Doreen Campbell*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: 41911/1*
*Job #:15820085*

B2500A (Form 2500A) (12/15)

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-90086 (CML) |
| TEHUM CARE SERVICES, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |
| MATTHEW J. DUNDON, solely in his capacity as the | ) |
| GUC TRUSTEE of the GUC TRUST, MICHAEL | ) |
| ZIMMERMAN, solely in his capacity as the PI/WD | ) Adv. Pro. No. 26-03138 (CML) |
| TRUSTEE of the PI/WD TRUST, and THE POST- | ) |
| EFFECTIVE DATE DEBTOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Those Parties Listed in Appendix A, | ) |
| | ) |
| Defendants. | ) |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

*Matthew J. Dundon, solely in his capacity as the GUC Trustee*
*of the GUC Trust, et al.*
                    *Plaintiff(s)*

                                                    *VS.*                              *Case No: 26-03138 (CML)*

*Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.*
                    *Defendant(s)*

### *AFFIDAVIT OF SERVICE*

*I, Doreen Campbell, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 05/07/2026 at 11:37 AM, I served M2 LoanCo, LLC, c/o Northwest Registered Agent LLC, Registered Agent at 7901 4th Street North, Suite 300, St. Petersburg, Florida 33702 with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits by serving Korey Frank, Agent, authorized to accept service on behalf of Northwest Registered Agent LLC.*

*Korey Frank is described herein as:*

*Gender:   Male        Ethnicity:   Caucasian          Age:   29        Weight:   175          Height:   6'4"          Hair:*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on*     5/14/2026

                                                                    /s/ *Doreen Campbell*

                                                                    *Doreen Campbell*

                                                                    *Capitol Process Services, Inc.*
                                                    *7500 Greenway Center Drive, Suite 420*
                                                                    *Greenbelt, Maryland 20770*
                                                                            *(202) 667-0050*

                                                                    *Client Ref Number: 41911/1*
                                                                            *Job #:15820084*

B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 23-90086 (CML) |
| TEHUM CARE SERVICES, INC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the | ) | |
| GUC TRUSTEE of the GUC TRUST, MICHAEL | ) | |
| ZIMMERMAN, solely in his capacity as the PI/WD | ) | Adv. Pro. No. 26-03138 (CML) |
| TRUST of the PI/WD TRUST, and THE POST- | ) | |
| EFFECTIVE DATE DEBTOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Those Parties Listed in Appendix A, | ) | |
| | ) | |
| Defendants. | ) | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

---

Matthew J. Dundon, solely in his capacity as the GUC Trustee
of the GUC Trust, et al.
               Plaintiff(s)

                       VS.               Case No: 26-03138 (CML)

Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.
               Defendant(s)

---

## AFFIDAVIT OF SERVICE

I, James Perone, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 5/5/2026 at 10:28 AM, I served Perigrove 1018, LLC, c/o Northwest Registered Agent LLC, Registered Agent at 418 Broadway, Suite N, Albany, New York 12207 with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits by serving Mark Booth, Agent, authorized to accept service on behalf of Northwest Registered Agent LLC.

Mark Booth is described herein as:

Gender: Male   Ethnicity: Caucasian   Age: 21-35   Weight: 131-160   Height: 5'4"-5'6"   Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>05/06/2026</u>

                                  James Perone

                            Capitol Process Services, Inc.
                   7500 Greenway Center Drive, Suite 420
                        Greenbelt, Maryland 20770
                               (202) 667-0050

                            Client Ref Number: 41911/1
                                Job #:15820089

B2500A (Form 2500A) (12/15)

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-90086 (CML) |
| TEHUM CARE SERVICES, INC., | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) | Adv. Pro. No. 26-03138 (CML) |
| Plaintiffs, | ) | |
| v. | ) | |
| Those Parties Listed in Appendix A, | ) | |
| Defendants. | ) | |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*

*UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION*

---

*Matthew J. Dundon, solely in his capacity as the GUC Trustee
of the GUC Trust, et al.*
      *Plaintiff(s)*

             *VS.*       Case No: 26-03138 (CML)

*Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.*
      *Defendant(s)*

---

## AFFIDAVIT OF SERVICE

*I, James Perone, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 5/5/2026 at 10:28 AM, I served Perigrove LLC, c/o Northwest Registered Agent LLC, Registered Agent at 418 Broadway, Suite N, Albany, New York 12207 with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits by serving Mark Booth, Agent, authorized to accept service on behalf of Northwest Registered Agent LLC.*

*Mark Booth is described herein as:*

*Gender:*   *Male*    *Ethnicity:*   *Caucasian*     *Age:*   *21-35*     *Weight:*   *131-160*     *Height:*   *5'4"-5'8"*     *Hair:*   *Black*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* <u>05/06/2026</u>

                     *James Perone*

                 *Capitol Process Services, Inc.*
            *7500 Greenway Center Drive, Suite 420*
               *Greenbelt, Maryland 20770*
                 *(202) 667-0050*

               *Client Ref Number: 41911/1*
                  *Job #:15820092*

B2500A (Form 2500A) (12/15)

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 23-90086 (CML) |
| TEHUM CARE SERVICES, INC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the | ) | |
| GUC TRUSTEE of the GUC TRUST, MICHAEL | ) | |
| ZIMMERMAN, solely in his capacity as the PI/WD | ) | Adv. Pro. No. 26-03138 (CML) |
| TRUST of the PI/WD TRUST, and THE POST- | ) | |
| EFFECTIVE DATE DEBTOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Those Parties Listed in Appendix A, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Matthew J. Dundon, solely in his capacity as the GUC Trustee
of the GUC Trust, et al.

           Plaintiff(s)

                                 VS.                        Case No: 26-03138 (CML)

Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.
           Defendant(s)

## AFFIDAVIT OF SERVICE

I, George Covert, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 05/05/2026 at 01:24 PM, I served PharmaCorr, LLC, c/o The Corporation Trust Company, Registered Agent at 1209 Orange Street, Wilmington, Delaware 19801, with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits by serving Tatiyana Smith, Agent, authorized to accept service on behalf of The Corporation Trust Company.

Tatiyana Smith is described herein as:

Gender:  Female    Ethnicity:  African American    Age:  25    Weight:  175        Height:  5'7"        Hair:  Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on   05/6/2026

                                                    George Covert

                                              Capitol Process Services, Inc.
                                      7500 Greenway Center Drive, Suite 420
                                              Greenbelt, Maryland 20770
                                                    (202) 667-0050

                                              Client Ref Number: 41911/1
                                              Job #:15820083

B2500A (Form 2500A) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-90086 (CML) |
| TEHUM CARE SERVICES, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |
| MATTHEW J. DUNDON, solely in his capacity as the | ) |
| GUC TRUSTEE of the GUC TRUST, MICHAEL | ) |
| ZIMMERMAN, solely in his capacity as the PI/WD | ) Adv. Pro. No. 26-03138 (CML) |
| TRUSTEE of the PI/WD TRUST, and THE POST- | ) |
| EFFECTIVE DATE DEBTOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Those Parties Listed in Appendix A, | ) |
| | ) |
| Defendants. | ) |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Matthew J. Dundon, solely in his capacity as the GUC Trustee
of the GUC Trust, et al.
                    Plaintiff(s)

                                              VS.              Case No: 26-03138 (CML)

Those Parties Listed in Appendix A
                    Defendant(s)

## AFFIDAVIT OF SERVICE

I, Forrest Haskins, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That on 05/05/2026 at 06:17 AM, I served Beverly Michelle Rice at 4021 Hallborough Way, Hermitage, Tennessee,  with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits by serving Ben Rice, husband of Beverly Michelle Rice, a person of suitable age and discretion, who stated that he/she resides therein with Beverly Michelle Rice.

Ben Rice is described herein as:

Gender:   Male     Ethnicity:   Caucasian        Age:   50      Weight:   170        Height:   5'9"       Hair:   Bald

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on _____ 5-5-26 _____

_____
Forrest Haskins

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050
Client Ref Number: 41911/1
Job #:15820075

B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-90086 (CML) |
| TEHUM CARE SERVICES, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |
| MATTHEW J. DUNDON, solely in his capacity as the | ) |
| GUC TRUSTEE of the GUC TRUST, MICHAEL | ) |
| ZIMMERMAN, solely in his capacity as the PI/WD | ) Adv. Pro. No. 26-03138 (CML) |
| TRUSTEE of the PI/WD TRUST, and THE POST- | ) |
| EFFECTIVE DATE DEBTOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Those Parties Listed in Appendix A, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*

*UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION*

---

*Matthew J. Dundon, solely in his capacity as the GUC Trustee*
*of the GUC Trust, et al.*
                    *Plaintiff(s)*

                                                *VS.*                          Case No: 26-03138 (CML)

*Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.*
                    *Defendant(s)*

---

## *AFFIDAVIT OF SERVICE*

I, Michael Draving, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen (18) years, and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That on 5/6/2026 at 12:27 PM, I personally served Frank Jeffrey Sholey with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits at 3016 Letson Lane, Spring Hill, Tennessee 37174.

Frank Jeffrey Sholey is described herein as:

Gender:  Male     Ethnicity:  Caucasian          Age:  45-54        Weight:  160-180        Height:  5'6"-5'9''      Hair:  Gray


I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.


Executed on <u>05/07/2026</u>



                                                                    /s/ *Michael Draving*
                                              _____
                                                                          *Michael Draving*

                                                                    *Capitol Process Services, Inc.*
                                                              *7500 Greenway Center Drive, Suite 420*
                                                                    *Greenbelt, Maryland 20770*
                                                                          *(202) 667-0050*


                                                                    *Client Ref Number: 41911/1*
                                                                          *Job #:15820071*

B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-90086 (CML) |
| TEHUM CARE SERVICES, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |
| MATTHEW J. DUNDON, solely in his capacity as the | ) |
| GUC TRUSTEE of the GUC TRUST, MICHAEL | ) |
| ZIMMERMAN, solely in his capacity as the PI/WD | ) Adv. Pro. No. 26-03138 (CML) |
| TRUSTEE of the PI/WD TRUST, and THE POST- | ) |
| EFFECTIVE DATE DEBTOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Those Parties Listed in Appendix A, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

---

Matthew J. Dundon, solely in his capacity as the GUC Trustee
of the GUC Trust, et al.

               Plaintiff(s)

                                  VS.                   Case No: 26-03138 (CML)

Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.
               Defendant(s)

---

## AFFIDAVIT OF SERVICE

I, Carlos Barrera, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 05/05/2026 at 12:55 PM, I served YesCare Corp., c/o CT Corporation System, Registered Agent at 1999 Bryan Street, Suite 900, Dallas, Texas 75201, with the Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits by serving William Miller, Agent, authorized to accept service on behalf of CT Corporation System.

William Miller is described herein as:

Gender:  Male    Ethnicity:  Caucasian    Age:  40    Weight:  190    Height:  5'10"    Hair:  Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on   5-5.26

                                            Carlos Barrera

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number: 41911/1
Job #:15820099

B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-90086 (CML) |
| TEHUM CARE SERVICES, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |
| MATTHEW J. DUNDON, solely in his capacity as the | ) |
| GUC TRUSTEE of the GUC TRUST, MICHAEL | ) |
| ZIMMERMAN, solely in his capacity as the PI/WD | ) Adv. Pro. No. 26-03138 (CML) |
| TRUSTEE of the PI/WD TRUST, and THE POST- | ) |
| EFFECTIVE DATE DEBTOR, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Those Parties Listed in Appendix A, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Clerk of the Court, United States Bankruptcy Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiffs' Attorneys:

**Brown Rudnick LLP**
Eric R. Goodman
D. Cameron Moxley
Seven Times Square
New York, NY 10036

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: May 4, 2026

_s/ Amy Pearson_
*Signature of Clerk or Deputy Clerk*