United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 04, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Adversary Case Number | 26-03138 (CML) |
|---|---|---|---|

| Matthew J. Dundon, solely in his capacity as the GUC Trustee of the GUC Truste et al. |
|---|
| *versus* |
| Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin J. Nash, Esq.<br>Goldberg Weprin Finkel Goldstein LLP<br>125 Park Avenue, 12th Floor<br>New York, NY 10017<br>(212) 221-5700 knash@gwfglaw.com<br>NY 1927656 |
|---|---|

| Name of party applicant seeks to appear for: | M2 HoldCo LLC and M2 LoanCo LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/3/2026 | Signed: /s/ Kevin J. Nash |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:  |  Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Signed: June 04, 2026

_____
Christopher Lopez
United States Bankruptcy Judge