**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| TEHUM CARE SERVICES, INC.[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 23-90086 (CML) |
| | ) |
| | ) |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) ) ) Adv. Pro. No. 26-03138 (CML) ) ) Demand for Jury Trial ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE, LLC, PERIGROVE 1018, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**PLAINTIFFS' MOTION FOR ALTERNATIVE
SERVICE ON DEFENDANT AYODEJI OLAWALE LADELE**

> **THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT**

---

[1]   The last four digits of the Debtor's federal tax identification number is 8853.  The Debtor's service address is:  205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

1

**AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.   REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Plaintiffs Matthew J. Dundon, solely in his capacity as GUC Trustee[2] of the GUC Trust, Michael Zimmerman, solely in his capacity as PI/WD Trustee of the PI/WD Trust, and the Post-Effective Date Debtor (collectively, the "Plaintiffs"), by and through their undersigned counsel, file this motion (the "Motion"), pursuant to Bankruptcy Rule 7004(b)(1), for the entry of an order substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), granting alternative service on Defendant Ayodeji Olawale Ladele ("Ladele").

## INTRODUCTION

1.      In addition to Dr. Ladele, the Plaintiffs have sued various Defendants[3] for the fraudulent conduct against Tehum Care Services, Inc. ("Tehum").  Because the Settlement Parties failed to comply with their payment obligations under the $50 million Estate Party Settlement embedded in the Plan, the Trusts are prosecuting the Estate Causes of Action assigned to, and

---

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them in the *First Modified Joint Chapter 11 Plan of Reorganization of the Tort Claimants' Committee, Official Committee of Unsecured Creditors, and Debtor* (Bankr. Dkt. No. 2014 at Ex. B) (the "Plan").

[3]     The Defendants include Yitzchak Lefkowitz *a/k/a* Isaac Lefkowitz ("Lefkowitz"), YesCare Corp. ("YesCare"), CHS TX, Inc. ("CHS TX"), each of YesCare's subsidiaries (collectively, the "CHS Entities"), Perigrove, LLC ("Perigrove"), Perigrove 1018, LLC ("Perigrove 1018"), Geneva Consulting, LLC ("Geneva"), M2 HoldCo, LLC ("M2 HoldCo"), M2 LoanCo, LLC ("M2 LoanCo"), PharmaCorr LLC ("PharmaCorr," and collectively with YesCare, CHS TX, the CHS Entities, Perigrove, Perigrove 1018, Geneva, M2 HoldCo, M2 LoanCo, and PharmaCorr, the "Lefkowitz Entities"), Sara Ann Tirschwell ("Tirschwell"), Ayodeji Olawale Ladele ("Ladele"), Beverly Michelle Rice ("Rice"), Jeffrey Scott King ("King"), Jennifer Lynne Finger ("Finger"), Frank Jeffrey Sholey ("Sholey"), and Does 1-50.

2

vested in, them under the Plan so the beneficiaries of the Trusts can receive a meaningful distribution on account of their claims.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## THE STATUS OF SERVICE OF PROCESS

3.      As of the filing of this Motion, with only two exceptions—Defendants Ms. Tirschwell and Dr. Ladele—Plaintiffs have effectuated service of process of the Summons and Complaint on all Defendants.  *See* Dkt. No. 8.

4.      The Plaintiffs previously moved the Court for Alternative Service on Defendants Mr. Lefkowitz and Ms. Tirschwell.  *See* Dkt. Nos. 5 and 7. Mr. Lefkowitz's counsel notified the Plaintiffs on June 5, 2026, that she could accept service on behalf of Mr. Lefkowitz.

5.      As reflected in the process server's *Affidavit of Nonservice*, dated May 11, 2026, attached hereto as **Exhibit B** (the "First Ladele Service Affidavit") the Plaintiffs have been unable to effectuate service of process on Dr. Ladele through conventional methods of service at the address which Plaintiff's initially believed to be Dr. Ladele's Florida residence.  Given statements made to the process server by a resident at the location and by a former neighbor of Dr. Ladele, Plaintiff learned that Dr. Ladele had moved to Philadelphia, Pennsylvania.

6.      The Plaintiffs sought and received an Alias Summons from the Court directed to Dr. Ladele, at what the Plaintiffs believe is his Pennsylvania residence.  *See* Dkt. No. 6. As reflected in the process server's *Affidavit of Due Diligence*, dated June 4, 2026, attached hereto as **Exhibit C** (the "Second Ladele Service Affidavit"), the Plaintiffs have been unable to effectuate

service of process on Dr. Ladele through conventional methods of service at the Pennsylvania address.

<u>**MOTION FOR ALTERNATIVE SERVICE**</u>

7.      Bankruptcy Rule 7004(b)(1) provides that:

> in addition to the methods of service authorized by Fed. R. Civ. P. 4(e)-(j), a copy of a summons and complaint may be served by first class mail, postage prepaid, within the United States on: (1) an individual except an infant or an incompetent person—by mailing the copy to the individual's dwelling or usual place of abode or where the individual regularly conducts a business or profession.

8.      The Bankruptcy Rule 7004(b)(1) method of service is an "efficient method of service" that is "appropriate," particularly in circumstances where a process server has been unable to effectuate service pursuant to Civil Rule 4(e).[4]

9.      The First Ladele Service Affidavit details the attempted service of process on Dr. Ladele's Florida address by a process server, who, on May 6, 2026, at or around 11:44 a.m. ET, physically appeared at the Florida address and communicated with a resident thereof; said resident indicated to the process server that Dr. Ladele was the previous owner of the Florida address and to that resident's understanding Dr. Ladele had moved to Philadelphia.

10.     The Second Ladele Service Affidavit further details that on May 22, 2026, at or around 5:55p.m. ET, a process server attempted service of process on Dr. Ladele's Pennsylvania address.  The process server noted that the address appeared vacant with windows boarded up and several flyers affixed to the door.

---

[4]     *KSMI Properties LLC v. South (In re South)*, 645 B.R. 205, 207-08 (Bankr. E.D. Tex. 2022). *See also Garcia v. Cantu*, 363 B.R. 503, 516 (Bankr. W.D. Tex. 2006) (finding that a party was properly served via alternative service under Bankr. R. 7004(b)(1) by mail of the summons and complaint to an address associated with at least one of the party's businesses or professions).

11.     Based on information and belief Dr. Ladele is presently employed as the President and Chief Medical Officer of CFG Health Systems, LLC, a New Jersey limited liability company, with a principal place of business at 250 Century Parkway, Suite 250, Mount Laurel, NJ 08054.[5]

12.     While Bankruptcy Rule 7004(b)(1) on its face permits Plaintiffs to effectuate service of process on Dr. Ladele by mail, in an abundance of caution Plaintiffs make this Motion to obtain the Court's permission to effect alternative service of process on Dr. Ladele.

13.     For the foregoing reasons, Plaintiffs request that the Court permit the Plaintiffs to serve Dr. Ladele by mail in accordance with the Proposed Order.

Dated: June 5, 2026                              Respectfully submitted,

                                                 **BROWN RUDNICK LLP**

                                                 /s/ *Eric R. Goodman*
                                                 Eric R. Goodman (*pro hac vice*)
                                                 D. Cameron Moxley (*pro hac vice*)
                                                 Gerard T. Cicero (*pro hac vice*)
                                                 Susan Sieger-Grimm (*pro hac vice*)
                                                 Seven Times Square
                                                 New York, NY 10036
                                                 Telephone: (212) 209-4800
                                                 Facsimile: (212) 209-4801
                                                 Email: egoodman@brownrudnick.com
                                                        cmoxley@brownrudnick.com
                                                        gcicero@brownrudnick.com
                                                        ssiegergrimm@brownrudnick.com

---

[5]     Practitioner Profile: Ayodeji Ladele DO, License Number: OS12334, Fla. Dep't of Health, https://mqa-internet.doh.state.fl.us/MQASearchServices/HealthcareProviders/Details?LicInd=11821&ProCde=1901 (last visited June 5, 2026) (listing the primary practice address of Ayodeji Ladele DO as 250 Century Parkway, Mount Laurel, NJ 08054, and a contact email address of GregoryLadele11@msn.com). *See also*, Dr. Gregory Ladele, CFG Health Systems, LLC Board Members, https://cfghealth.com/board_members/gregory-ladele/ (last visited June 5, 2026) (naming Dr. Ladele as the President and Chief Medical Officer of CFG Health Systems, LLC, with a business address of 250 Century Parkway, Suite 250, Mount Laurel NJ, 08054).

**STINSON LLP**

/s/ *Nicholas Zluticky*
Nicholas Zluticky (SDTX Bar No. 3845893)
Zachary H. Hemenway (SDTX Bar No. 3856801)
1201 Walnut Steet, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Email: Nicholas.zluticky@stinson.com
　　　 Zachary.hemenway@stinson.com

*Counsel for the PI/WD Trustee and the GUC Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means via the ECF transmission to all Pacer System participants in these bankruptcy cases on June 5, 2026.

/s/ *Eric R. Goodman*
Eric R. Goodman

6