## Exhibit B

FIRST LADELE SERVICE AFFIDAVIT

CAUSE NO. 26-03138 (CML)

**In re:**

**TEHUM CARE SERVICES, INC.,**
**Debtor.**

|  |  |  |
|---|---|---|
| **MATTHEW J. DUNDON, solely in his capacity** | § | SOUTHERN DISTRICT |
| **as the GUC TRUSTEE of the GUC TRUST,** | § | |
| **MICHAEL** | § | |
| **ZIMMERMAN, solely in his capacity as the PI/** | § | OF |
| **WD TRUSTEE of the PI/WD TRUST, and THE** | § | |
| **POST EFFECTIVE DATE DEBTOR,** | § | |
| **Plaintiffs,** | § | TEXAS HOUSTON DIVISION |
| | § | |

**v.**

**Those Parties Listed in Appendix A,**
**Defendants.**

## AFFIDAVIT OF NONSERVICE

I, Samantha Cochran, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on May 4, 2026, at 7:49 pm. After careful inquiry and diligent attempts, I was unable to serve Ayodeji Olawale Ladele.

Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits

Serve Attempt #1
Date / Time: May 6, 2026 11:44 am
Address: 6633 NW 81st Blvd, Gainesville, FL 32653-2974
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=29.715132307,-82.431769187
Description of attempt: I spoke with a resident at the location. They stated that the subject has moved from this address. Observed no relevant details during this attempt. A neighbor stated that the subject does not reside at this address. Resident stated that subject is previous owner and is unsure of forwarding address and only knows they moved to Philadelphia.

My name is Samantha Cochran, I am 18 years of age or older, and my address is 302 S Palmetto Ave, Green Cove Springs, FL 32043-4140, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Samantha Cochran

Executed in

_____
Duval County

Samantha Cochran
+1 (352) 663-4579

___FL_____ on ___5/11/2026_____.