**Exhibit C**

SECOND LADELE SERVICE AFFIDAVIT

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Matthew J. Dundon, solely in his capacity as the GUC
Trustee of the GUC Trust, et al.
          **Plaintiff(s)**

                    VS.           Case No: 26-03138 (CML)

Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al.
          **Defendant(s)**

## AFFIDAVIT OF DUE DILIGENCE

I, Umar Sardar, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen (18) years, and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Alias Summons in Adversary Proceeding with Appendix A, and Complaint with Exhibits in the above entitled case.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Ayodeji Olawale Ladele with the above named process.

That on May 22, 2026 at 5:55 PM, I attempted to serve, Ayodeji Olawale Ladele at 5533 West Thompson Street, Philadelphia, PA 19131. On this occasion, I found the address to be vacant. The windows were boarded up and there were several flyers affixed to the door.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 06/04/2026

                                          Umar Sardar

                                     Capitol Process Services, Inc.
                        7500 Greenway Center Drive, Suite 420
                                  Greenbelt, Maryland 20770
                                      (202) 667-0050

                                      Client Ref Number: 41911/1
                                      Job #:15965703