United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 04, 2026
Nathan Oehsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Adversary Case Number | 26-03138 (CML) |
|---|---|---|---|

| Matthew J. Dundon, solely in his capacity as the GUC Trustee of the GUC Truste et al. |
|---|
| *versus* |
| Yitzchak Lefkowitz a/k/a Isaac Lefkowitz, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin J. Nash, Esq.<br>Goldberg Weprin Finkel Goldstein LLP<br>125 Park Avenue, 12th Floor<br>New York, NY 10017<br>(212) 221-5700 knash@gwfglaw.com<br>NY 1927656 |
|---|---|

| Name of party applicant seeks to appear for: | M2 HoldCo LLC and M2 LoanCo LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   6/3/2026 | Signed:   /s/ Kevin J. Nash |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Signed:  June 04, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Dundon,

    Plaintiff

Lefkowitz,

    Defendant

Adv. Proc. No. 26-03138-cml

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf002 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Ayodeji Olawale Ladele |
| dft | | Beverly Michelle Rice |
| dft | | CHS TX, Inc. |
| dft | | Frank Jeffrey Sholey |
| dft | | Geneva Consulting, LLC |
| dft | | Jeffrey Scott King |
| dft | | Jennifer Lynne Finger |
| dft | | M2 HoldCo, LLC |
| dft | | M2 LoanCo, LLC |
| pla | | Matthew J. Dundon |
| pla | | Michael Zimmerman |
| dft | | Perigrove 1018, LLC |
| dft | | Perigrove, LLC |
| dft | | Pharmacorr LLC |
| dft | | Sara Ann Tirschwell |
| dft | | YesCare Corp. |
| dft | | Yitzchak Lefkowitz |

TOTAL: 17 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric Goodman | |

District/off: 0541-4                    User: ADIuser                         Page 2 of 2
Date Rcvd: Jun 04, 2026                 Form ID: pdf002                       Total Noticed: 0

                        on behalf of Plaintiff Matthew J. Dundon egoodman@brownrudnick.com
                        hcohen@brownrudnick.com;nmeyers@brownrudnick.com

Eric Goodman
                        on behalf of Plaintiff Michael Zimmerman egoodman@brownrudnick.com
                        hcohen@brownrudnick.com;nmeyers@brownrudnick.com

Jason Gary Cohen
                        on behalf of Defendant M2 HoldCo  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen
                        on behalf of Defendant M2 LoanCo  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com


TOTAL: 4