United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 10, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEHUM CARE SERVICES, INC.[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 23-90086 (CML) |
| | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) ) ) ) ) ) ) | Adv. Pro. No. 26-03138 (CML) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE, LLC, PERIGROVE 1018, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER APPROVING STIPULATION ACCEPTING SERVICE OF COMPLAINT**

The Court, having considered the *Stipulation Accepting Service of Complaint*

(the "Stipulation") filed at Docket No. 15 in the Adversary Proceeding,[2] and finding good cause

---

[1]   The last four digits of the Debtor's federal tax identification number is 8853.  The Debtor's service address is:  205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

[2]   Capitalized terms not otherwise defined have the meanings ascribed to them in the Stipulation.

to grant the relief requested therein, it is ORDERED that:

1.      The Stipulation is APPROVED.

2.      Mr. Lefkowitz's acceptance of service as set forth in the Stipulation shall be effective as of June 5, 2026, and Mr. Lefkowitz's deadline to answer or otherwise respond to the Complaint is July 6, 2026, by agreement of the Parties.

3.      The Motion for Alternative Service is resolved and rendered moot only to the extent the Motion for Alternative Service concerns Mr. Lefkowitz.

4.      All other terms of the Stipulation are approved and incorporated herein.


Signed:  June 10, 2026

Christopher Lopez
United States Bankruptcy Judge