United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 10, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEHUM CARE SERVICES, INC.[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 23-90086 (CML) |
| | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) ) ) ) ) ) ) | Adv. Pro. No. 26-03138 (CML) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE, LLC, PERIGROVE 1018, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER APPROVING STIPULATION ACCEPTING SERVICE OF COMPLAINT**

The Court, having considered the *Stipulation Accepting Service of Complaint*

(the "Stipulation") filed at Docket No. 15 in the Adversary Proceeding,[2] and finding good cause

---

[1]   The last four digits of the Debtor's federal tax identification number is 8853.  The Debtor's service address is:  205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

[2]   Capitalized terms not otherwise defined have the meanings ascribed to them in the Stipulation.

to grant the relief requested therein, it is ORDERED that:

1.    The Stipulation is APPROVED.

2.    Mr. Lefkowitz's acceptance of service as set forth in the Stipulation shall be effective as of June 5, 2026, and Mr. Lefkowitz's deadline to answer or otherwise respond to the Complaint is July 6, 2026, by agreement of the Parties.

3.    The Motion for Alternative Service is resolved and rendered moot only to the extent the Motion for Alternative Service concerns Mr. Lefkowitz.

4.    All other terms of the Stipulation are approved and incorporated herein.

Signed:  June 10, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Dundon,

    Plaintiff

Lefkowitz,

    Defendant

Adv. Proc. No. 26-03138-cml

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Jun 10, 2026 | Form ID: pdf002 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Ayodeji Olawale Ladele |
| dft | | Beverly Michelle Rice |
| dft | | CHS TX, Inc. |
| dft | | Frank Jeffrey Sholey |
| dft | | Geneva Consulting, LLC |
| dft | | Jeffrey Scott King |
| dft | | Jennifer Lynne Finger |
| dft | | M2 HoldCo, LLC |
| dft | | M2 LoanCo, LLC |
| pla | | Matthew J. Dundon |
| pla | | Michael Zimmerman |
| dft | | Perigrove 1018, LLC |
| dft | | Perigrove, LLC |
| dft | | Pharmacorr LLC |
| dft | | Sara Ann Tirschwell |
| dft | | YesCare Corp. |
| dft | | Yitzchak Lefkowitz |

TOTAL: 17 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric Goodman | |

District/off: 0541-4         User: ADIuser         Page 2 of 2

Date Rcvd: Jun 10, 2026         Form ID: pdf002         Total Noticed: 0

on behalf of Plaintiff Matthew J. Dundon egoodman@brownrudnick.com hcohen@brownrudnick.com;nmeyers@brownrudnick.com

Eric Goodman

on behalf of Plaintiff Michael Zimmerman egoodman@brownrudnick.com hcohen@brownrudnick.com;nmeyers@brownrudnick.com

Jason Gary Cohen

on behalf of Defendant M2 HoldCo  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Defendant Pharmacorr LLC jason.cohen@bracewell.com  mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Defendant Perigrove 1018  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Defendant Geneva Consulting  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Defendant M2 LoanCo  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Defendant Perigrove  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com

TOTAL: 8