**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TEHUM CARE SERVICES, INC. | § | Chapter 11 |
| | § | |
| Debtor. | § | Case No. 23-90086 (CML) |
| | § | |
| | § | |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | § | Adv. Pro. No. 26-03138 (CML) |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE 1018, LLC, PERIGROVE, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly Dang, an attorney admitted to practice before this Court, hereby appears as counsel of record for Defendant Yitzchak Lefkowitz a/k/a Isaac Lefkowitz in the above-captioned action. The undersigned requests that all notices given or required to be given in this action be served upon the undersigned at the contact information below.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: June 17, 2026            By:  */s/ Kimberly Dang*
                                        Kimberly Dang
                                        Texas Bar No. 24116246
                                        S.D. Tex. No. 3502767
                                        100 South Fifth Street, Suite 1500
                                        Minneapolis, MN  55402
                                        Telephone: (612) 333-3000
                                        Facsimile: (612) 333-8829
                                        Email: kdang@bassford.com

                                        ***Attorneys for Defendant Yitzchak Lefkowitz***
                                        ***a/k/a Isaac Lefkowitz***

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court utilizing the CM/ECF system. I further certify that the CM/ECF system will send notification of such filing to any counsel of record who are registered CM/ECF participants.

                                        /s/ *Kimberly Dang*
                                        Kimberly Dang

2