**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEHUM CARE SERVICES, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 23-90086 (CML) |
| | ) | |
| _____ | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his | ) | |
| capacity as the GUC TRUSTEE of the GUC | ) | |
| TRUST, MICHAEL ZIMMERMAN, solely | ) | |
| in his capacity as the PI/WD TRUSTEE of | ) | Adv. Pro. No. 26-03138 (CML) |
| the PI/WD TRUST, and THE POST- | ) | |
| EFFECTIVE DATE DEBTOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YITZCHAK LEFKOWITZ a/k/a ISAAC | ) | |
| LEFKOWITZ, YESCARE CORP., CHS TX, | ) | |
| INC., GENEVA CONSULTING, LLC, | ) | |
| PERIGROVE, LLC, PERIGROVE 1018, | ) | |
| LLC, M2 HOLDCO, LLC, M2 LOANCO, | ) | |
| LLC, PHARMACORR LLC, SARA ANN | ) | |
| TIRSCHWELL, AYODEJI OLAWALE | ) | |
| LADELE, BEVERLY MICHELLE RICE, | ) | |
| JEFFREY SCOTT KING, JENNIFER | ) | |
| LYNNE FINGER, and FRANK JEFFREY | ) | |
| SHOLEY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING PLAINTIFFS'
AMENDED MOTION FOR ALTERNATIVE SERVICE ON
DEFENDANTS YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ
<u>AND SARA ANN TIRSCHWELL</u>**

---

[1]   The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

The undersigned hereby certifies as follows:

1.      On April 27, 2026, Plaintiffs Matthew J. Dundon, solely in his capacity as GUC Trustee[2] of the GUC Trust, Michael Zimmerman, solely in his capacity as PI/WD Trustee of the PI/WD Trust, and the Post-Effective Date Debtor (collectively, the "Plaintiffs"), commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the *Complaint,* filed at Docket No. 1 (the "Complaint"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), Adversary Proceeding No. 26-03138 (CML), relating to the Chapter 11 case of Tehum Care Services, Inc., Case No. 23-90086 (CML).

2.      On May 4, 2026, the Court issued summons for Defendants YesCare Corp. ("YesCare"), CHS TX, Inc. ("CHS TX"), each of YesCare's subsidiaries (collectively, the "CHS Entities"), Perigrove, LLC ("Perigrove"), Perigrove 1018, LLC ("Perigrove 1018"), Geneva Consulting, LLC ("Geneva"), M2 HoldCo, LLC ("M2 HoldCo"), M2 LoanCo, LLC ("M2 LoanCo"), PharmaCorr LLC ("PharmaCorr," and collectively with YesCare, CHS TX, the CHS Entities, Perigrove, Perigrove 1018, Geneva, M2 HoldCo, M2 LoanCo, and PharmaCorr, the "Lefkowitz Entities"), Sara Ann Tirschwell ("Tirschwell"), Ayodeji Olawale Ladele ("Ladele"), Beverly Michelle Rice ("Rice"), Jeffrey Scott King ("King"), Jennifer Lynne Finger ("Finger"), Frank Jeffrey Sholey ("Sholey").

3.      On May 21, 2026, Plaintiffs filed their *Amended Motion for Alternative Service on Defendants Yitzchak Lefkowitz a/k/a Isaac Lefkowitz and Sara Ann Tirschwell*, Docket No. 7 (the "Motion"). As reflected in the Motion, Plaintiffs were unable to effectuate service of process on

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings given to them in the *First Modified Joint Chapter 11 Plan of Reorganization of the Tort Claimants' Committee, Official Committee of Unsecured Creditors, and Debtor* (Bankr. Dkt. No. 2014 at Ex. B) (the "Plan").

either Ms. Tirschwell or Mr. Lefkowitz through conventional methods of service. *See* Docket No. 7. As reflected in the process server's *Affidavit of Due Diligence*, dated May 18, 2026, statements made to the process server by the concierge at Ms. Tirschwell's apartment building, repeated attempts to serve Ms. Tirschwell at her residence, absent her consent would be futile. *See* Docket No. 7, Ex. B.  As reflected on the Court's Docket, counsel for Mr. Lefkowitz stipulated to acceptance of service as of June 5, 2026, Docket No. 15, and on June 10, 2026, the Court approved said stipulation, Docket No. 16. Accordingly, Plaintiffs attach hereto an Amended Proposed Order as **Exhibit A** (the "Amended Proposed Order"), seeking authorization for alternative service on only Ms. Tirschwell.

4.      The Motion requested the Court's issuance of an order which would authorize Plaintiffs to request issuance of a new summons directed to Ms. Tirschwell and effect service of process on Ms. Tirschwell by mailing true copies of said summons, the Complaint, and said order by first class mail postage prepaid to Ms. Tirschwell's attorney's address at Storch Byrne LLP (Attention: Steven Storch), 437 Madison Ave., 24th Floor, New York, NY 10022.

5.      Pursuant to S.D. Tex. Bankr. R. 7007-1 and 9013-1(b), Ms. Tirschwell's deadline to respond to the Motion was June 11, 2026.

6.      As of the date of this certificate, Ms. Tirschwell has not responded to the Motion.

7.      Based on the foregoing, Plaintiffs respectfully request that the Court enter the Amended Proposed Order attached hereto as **Exhibit A** at the earliest convenience for the Court.

Dated: June 23, 2026                          Respectfully submitted,

                                              **BROWN RUDNICK LLP**

                                              /s/ *Eric R. Goodman*
                                              Eric R. Goodman (*pro hac vice*)
                                              D. Cameron Moxley (*pro hac vice*)
                                              Gerard T. Cicero (*pro hac vice*)

3

Susan Sieger-Grimm (*pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: egoodman@brownrudnick.com
      cmoxley@brownrudnick.com
      gcicero@brownrudnick.com
      ssiegergrimm@brownrudnick.com

**STINSON LLP**

/s/ *Nicholas Zluticky*
Nicholas Zluticky (SDTX Bar No. 3845893)
Zachary H. Hemenway (SDTX Bar No. 3856801)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Email: nicholas.zluticky@stinson.com
      zachary.hemenway@stinson.com

*Counsel for the PI/WD Trustee and the GUC Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means via the ECF transmission to all PACER System participants in these bankruptcy cases on June 23, 2026.

/s/ *Eric R. Goodman*
Eric R. Goodman

4