United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEHUM CARE SERVICES, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 23-90086 (CML) |
| | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) ) ) ) ) ) ) | Adv. Pro. No. 26-03138 (CML) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE, LLC, PERIGROVE 1018, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER AUTHORIZING ALTERNATIVE SERVICE ON DEFENDANT**
**SARA ANN TIRSCHWELL**

Upon the motion (the "Motion") of Plaintiffs Matthew J. Dundon, solely in his capacity as

GUC Trustee of the GUC Trust, Michael Zimmerman, solely in his capacity as PI/WD Trustee of

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

the PI/WD Trust, and the Post-Effective Date Debtor (collectively, the "Plaintiffs"), for entry of an order, pursuant to Bankruptcy Rule 7004(b)(1), authorizing the Plaintiffs to effect service of process on Defendant Sara Ann Tirschwell, by mailing a copy of a new Summons, Complaint, and this Order on Ms. Tirschwell at her attorney's address; and the Court having jurisdiction to consider this Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances; and it appearing that no other or further notice of the Motion need be provided; and this Court having reviewed the Motion; and this Court having found that service of process on Defendant Ms. Tirschwell by alternative means is warranted under the circumstances; and upon any hearing held on the Motion; and all objections, if any, to the Motion having been considered, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion warrant the relief requested; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Plaintiffs shall, within seven (7) days of entry of this Order, request issuance of a new summons directed to Ms. Tirschwell. The Plaintiffs are authorized to effect service of process on Ms. Tirschwell by mailing true copies of the Summons, Complaint, and this Order to Defendant Ms. Tirschwell, by first class mail postage prepaid to Ms. Tirschwell's attorney's address at Storch Byrne LLP (Attention: Steven Storch), 437 Madison Ave., 24th Floor, New York, NY 10022.

2. Plaintiffs are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Signed:  June 24, 2026

_____

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

Dundon,

    Plaintiff

                                                                               Adv. Proc. No. 26-03138-cml

Lefkowitz,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Jun 25, 2026 | Form ID: pdf111 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| dft | | Ayodeji Olawale Ladele |
| dft | | Beverly Michelle Rice |
| dft | | CHS TX, Inc. |
| dft | | Frank Jeffrey Sholey |
| dft | | Geneva Consulting, LLC |
| dft | | Jeffrey Scott King |
| dft | | Jennifer Lynne Finger |
| dft | | M2 HoldCo, LLC |
| dft | | M2 LoanCo, LLC |
| pla | | Matthew J. Dundon |
| pla | | Michael Zimmerman |
| dft | | Perigrove 1018, LLC |
| dft | | Perigrove, LLC |
| dft | | Pharmacorr LLC |
| dft | | Sara Ann Tirschwell |
| dft | | YesCare Corp. |
| dft | | Yitzchak Lefkowitz |

TOTAL: 17 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Eric Goodman | |

District/off: 0541-4                          User: ADIuser                          Page 2 of 2
Date Rcvd: Jun 25, 2026                       Form ID: pdf111                        Total Noticed: 0

on behalf of Plaintiff Matthew J. Dundon egoodman@brownrudnick.com
hcohen@brownrudnick.com;nmeyers@brownrudnick.com

Eric Goodman

on behalf of Plaintiff Michael Zimmerman egoodman@brownrudnick.com
hcohen@brownrudnick.com;nmeyers@brownrudnick.com

Jason Gary Cohen

on behalf of Defendant M2 HoldCo  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Defendant Pharmacorr LLC jason.cohen@bracewell.com  mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Defendant Perigrove 1018  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Defendant Geneva Consulting  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Defendant M2 LoanCo  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Defendant Perigrove  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com

Kimberly Dang

on behalf of Defendant Yitzchak Lefkowitz kdang@bassford.com


TOTAL: 9