# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| TEHUM CARE SERVICES, INC.,[1] | ) | |
| | ) | Case No. 23-90086 (CML) |
| Debtor. | ) | |
| | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) | Adv. Pro. No. 26-03138 (CML) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE, LLC, PERIGROVE 1018, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT AYODEJI OLAWALE LADELE

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

The undersigned hereby certifies as follows:

1.      April 27, 2026, Plaintiffs Matthew J. Dundon, solely in his capacity as GUC Trustee[2] of the GUC Trust, Michael Zimmerman, solely in his capacity as PI/WD Trustee of the PI/WD Trust, and the Post-Effective Date Debtor (collectively, the "Plaintiffs"), commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the *Complaint*, filed at Docket No. 1 (the "Complaint"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), Adversary Proceeding No. 26-03138 (CML), relating to the Chapter 11 case of Tehum Care Services, Inc., Case No. 23-90086 (CML).

2.      On May 4, 2026, the Court issued summons for Defendants YesCare Corp. ("YesCare"), CHS TX, Inc. ("CHS TX"), each of YesCare's subsidiaries (collectively, the "CHS Entities"), Perigrove, LLC ("Perigrove"), Perigrove 1018, LLC ("Perigrove 1018"), Geneva Consulting, LLC ("Geneva"), M2 HoldCo, LLC ("M2 HoldCo"), M2 LoanCo, LLC ("M2 LoanCo"), PharmaCorr LLC ("PharmaCorr," and collectively with YesCare, CHS TX, the CHS Entities, Perigrove, Perigrove 1018, Geneva, M2 HoldCo, M2 LoanCo, and PharmaCorr, the "Lefkowitz Entities"), Sara Ann Tirschwell ("Tirschwell"), Ayodeji Olawale Ladele ("Ladele"), Beverly Michelle Rice ("Rice"), Jeffrey Scott King ("King"), Jennifer Lynne Finger ("Finger"), Frank Jeffrey Sholey ("Sholey").

3.      On June 5, 2026, Plaintiffs filed *Plaintiffs' Motion for Alternative Service on Defendant Ayodeji Olawale Ladele*, Docket No. 13 (the "Motion"). As reflected in the Motion, Plaintiffs were unable to effectuate service of process on Dr. Ladele through conventional methods.

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings given to them in the First Modified Joint Chapter 11 Plan of Reorganization of the Tort Claimants' Committee, Official Committee of Unsecured Creditors, and Debtor (Bankr. Dkt. No. 2014 at Ex. B) (the "Plan").

*See.* Docket No. 7. As reflected in the process server's *Affidavit of Nonservice*, dated May 11, 2026, statements made to the process server by a former neighbor of Dr. Ladele indicated that Dr. Ladele had moved from his Florida residence to Philadelphia, Pennsylvania. *See* Docket No. 7, Ex. B. On May 21, 2026, the Court issued a summons for Dr. Ladele at his Pennsylvania residence. *See* Docket No. 6. As reflected in the process server's *Affidavit of Due Diligence*, dated June 4, 2026, the Plaintiffs were unable to effectuate service of process on Dr. Ladele at his Pennsylvania residence through conventional methods of service. *See* Docket No. 7, Ex. C.

4.      The Motion requested the Court's issuance of an order which would authorize Plaintiffs to request issuance of a new summons directed to Dr. Ladele and effect service of process on Dr. Ladele by mailing true copies of said summons, the Complaint, and said order to Dr. Ladele, by first class mail postage prepaid to the address at which Dr. Ladele regularly conducts his profession: 250 Century Parkway, Suite 250, Mount Laurel, NJ 08054.

5.      Pursuant to S.D. Tex. Bankr. R. 7007-1 and 9013-1(b), Dr. Ladele's deadline to respond to the Motion was June 26, 2026.

6.      As of the date of this certificate, Dr. Ladele has not responded to the Motion.

7.      Based on the foregoing, Plaintiffs respectfully request that the Court enter an order substantially in the form of the *Proposed Order* attached to the Motion, *see* Docket No. 7, Ex. A, reattached here as **Exhibit A**, at the Court's earliest convenience.

Dated June 29, 2026

Respectfully submitted,

**BROWN RUDNICK LLP**

/s/ *Eric R. Goodman*
Eric R. Goodman (pro hac vice)
D. Cameron Moxley (pro hac vice)
Gerard T. Cicero (pro hac vice)

Susan Sieger-Grimm (pro hac vice)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: egoodman@brownrudnick.com
cmoxley@brownrudnick.com
gcicero@brownrudnick.com
ssiegergrimm@brownrudnick.com

**STINSON LLP**

*/s/ Nicholas Zluticky*
Nicholas Zluticky (SDTX Bar No. 3845893)
Zachary H. Hemenway (SDTX Bar No. 3856801)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Email: nicholas.zluticky@stinson.com
zachary.hemenway@stinson.com

*Counsel for the PI/WD Trustee and the GUC Trustee*

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing was served by electronic means via the ECF transmission to all PACER System participants in these bankruptcy cases on June 29, 2026.

/s/ *Eric R. Goodman*
Eric R. Goodman

*Counsel for the PI/WD Trustee and the GUC Trustee*

4