United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 30, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEHUM CARE SERVICES, INC.[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 23-90086 (CML) |
| | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) ) ) ) ) ) ) | Adv. Pro. No. 26-30138 (CML) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE, LLC, PERIGROVE 1018, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AUTHORIZING ALTERNATIVE SERVICE**
**ON DEFENDANT LADELE**

Upon the motion (the "Motion") of Plaintiffs Matthew J. Dundon, solely in his capacity as

GUC Trustee of the GUC Trust, Michael Zimmerman, solely in his capacity as PI/WD Trustee of

the PI/WD Trust, and the Post-Effective Date Debtor (collectively, the "Plaintiffs"), for entry of an

---

[1]   The last four digits of the Debtor's federal tax identification number is 8853.  The Debtor's service
address is:  205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

1

order, pursuant to Bankruptcy Rule 7004(b)(1), authorizing the Plaintiffs to effect service of process on Defendant Ayodeji Olawale Ladele ("Ladele"), by mailing a copy of a new Summons, Complaint, and this Order on Dr. Ladele to the address where he regularly conducts his profession, as President and Chief Medical Officer of CFG Health Systems, LLC; and the Court having jurisdiction to consider this Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances; and it appearing that no other or further notice of the Motion need be provided; and this Court having reviewed the Motion; and this Court having found that service of process on Defendant Dr. Ladele by alternative means is warranted under the circumstances; and upon any hearing held on the Motion; and all objections, if any, to the Motion having been considered, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion warrant the relief requested; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Plaintiffs shall, within seven (7) days of entry of this Order, request issuance of a new summons directed to Dr. Ladele. The Plaintiffs are authorized to effect service of process on Dr. Ladele by mailing true copies of the Summons, Complaint, and this Order to Defendant Dr. Ladele, by first class mail postage prepaid to the address at which Dr. Ladele regularly conducts his profession: 250 Century Parkway, Suite 250, Mount Laurel, NJ 08054.

2. Plaintiffs are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Signed:  June 30, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

3