United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 30, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEHUM CARE SERVICES, INC.[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 23-90086 (CML) |
| | ) | |
| _____ | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) ) ) ) ) ) | Adv. Pro. No. 26-30138 (CML) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE, LLC, PERIGROVE 1018, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AUTHORIZING ALTERNATIVE SERVICE
ON DEFENDANT LADELE**

Upon the motion (the "Motion") of Plaintiffs Matthew J. Dundon, solely in his capacity as

GUC Trustee of the GUC Trust, Michael Zimmerman, solely in his capacity as PI/WD Trustee of

the PI/WD Trust, and the Post-Effective Date Debtor (collectively, the "Plaintiffs"), for entry of an

---

[1]  The last four digits of the Debtor's federal tax identification number is 8853.  The Debtor's service address is:  205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

1

order, pursuant to Bankruptcy Rule 7004(b)(1), authorizing the Plaintiffs to effect service of process on Defendant Ayodeji Olawale Ladele ("Ladele"), by mailing a copy of a new Summons, Complaint, and this Order on Dr. Ladele to the address where he regularly conducts his profession, as President and Chief Medical Officer of CFG Health Systems, LLC; and the Court having jurisdiction to consider this Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances; and it appearing that no other or further notice of the Motion need be provided; and this Court having reviewed the Motion; and this Court having found that service of process on Defendant Dr. Ladele by alternative means is warranted under the circumstances; and upon any hearing held on the Motion; and all objections, if any, to the Motion having been considered, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion warrant the relief requested; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Plaintiffs shall, within seven (7) days of entry of this Order, request issuance of a new summons directed to Dr. Ladele. The Plaintiffs are authorized to effect service of process on Dr. Ladele by mailing true copies of the Summons, Complaint, and this Order to Defendant Dr. Ladele, by first class mail postage prepaid to the address at which Dr. Ladele regularly conducts his profession: 250 Century Parkway, Suite 250, Mount Laurel, NJ 08054.

2. Plaintiffs are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Signed:  June 30, 2026

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

Dundon,

    Plaintiff

Lefkowitz,

    Defendant

Adv. Proc. No. 26-03138-cml

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2026 | Form ID: pdf111 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

**Recip ID**      **Recipient Name and Address**
dft      + Storch Byrne LLP, Attn: Steven Storch, 437 Madison Ave., 24th Floor, NewYork, NY 10022-7035

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Ayodeji Olawale Ladele |
| dft | | Beverly Michelle Rice |
| dft | | CHS TX, Inc. |
| dft | | Frank Jeffrey Sholey |
| dft | | Geneva Consulting, LLC |
| dft | | Jeffrey Scott King |
| dft | | Jennifer Lynne Finger |
| dft | | M2 HoldCo, LLC |
| dft | | M2 LoanCo, LLC |
| pla | | Matthew J. Dundon |
| pla | | Michael Zimmerman |
| dft | | Perigrove 1018, LLC |
| dft | | Perigrove, LLC |
| dft | | Pharmacorr LLC |
| dft | | Sara Ann Tirschwell |
| dft | | YesCare Corp. |
| dft | | Yitzchak Lefkowitz |

TOTAL: 17 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026      Signature:      /s/Gustava Winters

District/off: 0541-4                     User: ADIuser                          Page 2 of 2
Date Rcvd: Jun 30, 2026                  Form ID: pdf111                        Total Noticed: 1

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric Goodman | on behalf of Plaintiff Matthew J. Dundon egoodman@brownrudnick.com hcohen@brownrudnick.com;nmeyers@brownrudnick.com |
| Eric Goodman | on behalf of Plaintiff Michael Zimmerman egoodman@brownrudnick.com hcohen@brownrudnick.com;nmeyers@brownrudnick.com |
| Jason Gary Cohen | on behalf of Defendant M2 HoldCo  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com |
| Jason Gary Cohen | on behalf of Defendant Pharmacorr LLC jason.cohen@bracewell.com  mary.kearney@bracewell.com |
| Jason Gary Cohen | on behalf of Defendant Perigrove 1018  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com |
| Jason Gary Cohen | on behalf of Defendant Geneva Consulting  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com |
| Jason Gary Cohen | on behalf of Defendant M2 LoanCo  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com |
| Jason Gary Cohen | on behalf of Defendant Perigrove  LLC jason.cohen@bracewell.com, mary.kearney@bracewell.com |
| Kimberly Dang | on behalf of Defendant Yitzchak Lefkowitz kdang@bassford.com |

TOTAL: 9