**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEHUM CARE SERVICES, INC.,[1] | ) Case No. 23-90086 (CML) |
| | ) |
| Debtor. | ) |
| | ) |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) ) ) ) ) Adv. Pro. No. 26-03138 |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE, LLC, PERIGROVE 1018, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY, | ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS JENNIFER LYNNE FINGER,**
**JEFFREY SCOTT KING, BEVERLY MICHELLE RICE, AND FRANK**
**JEFFREY SHOLEY'S MOTION TO DISMISS PLAINTIFFS' COUNTS**
**III, VII, IX, X, AND XVI FOR FAILURE TO STATE A CLAIM**

---

[1] The last four digits of the Debtor's federal tax identification number are 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

---

Having considered the *Motion (i) to Dismiss Plaintiffs' Counts III, VII, IX, X, and XVI for Failure to State a Claim or, in the Alternative, (ii) for a More Definite Statement* (the "Motion")[2] of Jennifer Lynne Finger, Jeffrey Scott King, Beverly Michelle Rice, and Frank Jeffrey Sholey (together, the "Moving Defendants"), defendants in the above-captioned adversary proceeding (the "Adversary Proceeding"), seeking entry of an order (i) dismissing with prejudice Counts III, VII, IX, X, and XVI (collectively, the "Challenged Claims") asserted against the Moving Defendants in the *Complaint* [Docket No. 1] (the "Complaint") of plaintiffs Matthew J. Dundon, solely in his capacity as the GUC Trustee of the GUC Trust, Michael Zimmerman, solely in his capacity as the PI/WD Trustee of the PI/WD Trust, and the Post-Effective Date Debtor (together, "Plaintiffs"), or, in the alternative, (ii) compelling Plaintiffs to amend the Complaint to present a more definite statement of the Fiduciary Duty Claims asserted against the Moving Defendants; and this Court having found that the Moving Defendants' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish good cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, and for the reasons set forth in the record on this Motion, it is **HEREBY ORDERED THAT**:

1.       The Motion is **GRANTED** as set forth herein.

2.       The Challenged Claims asserted against the Moving Defendants are **DISMISSED** with prejudice.

---

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

3.      The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2026

_____
The Honorable Christopher M. Lopez
United States Bankruptcy Judge