**EXHIBIT A**

RESPONSE DECLARATION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TEHUM CARE SERVICES, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 23-90086 (CML) |
| | ) | |
| | ) | |
| MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR, | ) ) ) ) ) ) | Adv. Pro. No. 26-03138 (CML) |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE, LLC, PERIGROVE 1018, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION IN SUPPORT OF PLAINTIFFS' RESPONSE TO**
**DEFENDANT SARA ANN TIRSCHWELL'S EMERGENCY MOTION FOR**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

I, Eric Robert Goodman, hereby declare under penalty of perjury that the foregoing is true and correct:

---

[1]    The last four digits of the Debtor's federal tax identification number are 8853. The Debtor's service address is:  205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

1.      I am over the age of 18 and am mentally competent.  I make this Declaration in support of the Plaintiffs' Response (the "Response") to Defendant Sara Ann Tirschwell's *Emergency Motion for Extension of Time to Answer or Otherwise Respond to Complaint* (the "Motion").  Capitalized terms used but not otherwise defined herein have the meanings given to them in the Response.

2.      I am an attorney licensed to practice law in New York, the District of Columbia, Massachusetts, Illinois, and Ohio.  I am a partner of Brown Rudnick LLP.  I serve as counsel for the Plaintiffs in the above-captioned adversary proceeding.

3.      On April 27, 2026, the Plaintiffs filed a *Complaint* against the Defendants named therein, including Ms. Tirschwell.  *See* Dkt. No. 1 (the "Complaint").

4.      On May 4, 2026, the Clerk of the Court issued summonses for Mr. Lefkowitz, YesCare, CHS TX, Perigrove, Perigrove 1018, Geneva, M2 HoldCo, M2 LoanCo, PharmaCorr, Ms. Tirschwell, Mr. Ladele, Ms. Rice, Mr. King, Ms. Finger, and Mr. Sholey.  *See* Dkt. No. 3.  Plaintiffs were unable to serve Ms. Tirschwell at her residence through conventional methods.

5.      On May 9, 2026, Plaintiff Matthew J. Dundon received an email from Ms. Tirschwell introducing Mr. Storch as her attorney.  A true and correct copy of that email is attached to the Response as **Exhibit B**.

6.      On May 11, 2026, my colleague, Cameron Moxley, emailed Mr. Storch a copy of the Complaint and the May 4th summons.  A true and correct copy of that email is attached to the Response as **Exhibit C**.

7.      On May 21, 2026, the Plaintiffs filed *Plaintiffs' Amended Motion for Alternative Service on Defendants Yitzchak Lefkowitz a/k/a Isaac Lefkowitz and Sara Ann Tirschwell*, requesting, *inter alia*, the Court's permission to serve Ms. Tirschwell by mailing a copy of the

2

Complaint and a new summons to Ms. Tirschwell's attorney, Mr. Storch.  *See* Dkt. No. 7. Ms. Tirschwell did not object or otherwise respond to the Plaintiffs' request for permission to serve her alternatively.

8.      On June 23, 2026, the Plaintiffs filed a *Certificate of No Objection* informing the Court that Ms. Tirschwell had not objected or otherwise responded to the Plaintiffs' request, and requesting the Court enter the proposed order attached thereto.  *See* Dkt. No. 19.

9.      On June 25, 2026, the Court issued its *Order Authorizing Alternative Service on Defendant Sara Ann Tirschwell* (the "Alternative Service Order"), authorizing the Plaintiffs to serve Ms. Tirschwell by mailing a copy of a summons to be issued within seven (7) days, the Complaint, and the Alternative Service Order by first class mail postage prepaid to Ms. Tirschwell's attorney's address at Storch Byrne LLP, Attn: Steven Storch, 437 Madison Ave., 24th Floor, New York, NY 10022.  *See* Dkt. No. 20.  On June 26, 2026, the Clerk of the Court issued a summons on Ms. Tirschwell directed to her attorney's address.  *See* Dkt. No. 22.

10.      On June 29, 2026, the Plaintiffs effectuated service of process on Ms. Tirschwell in accordance with the Alternative Service Order.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

Dated: August 3, 2026

By:   */s/ Eric R. Goodman*
Eric R. Goodman