**<u>EXHIBIT B</u>**

From: Sara Tirschwell <saraatirschwell@gmail.com>

Sent: Saturday, May 9, 2026 2:29 PM

To: Matthew Dundon <md@dundon.com>; Steven Storch <sstorch@storchbyrnelegal.com>

Subject: Rule 408 discussion


Hi Matt -


Thank you for taking my call.  Please meet Steve Storch, my attorney.  As discussed, please add your attorney to this email so that we can organize a discussion under Rule 408.


Sara Tirschwell