## **EXHIBIT C**

**From:** Moxley, D. Cameron
**Sent:** Monday, May 11, 2026 6:25 PM
**To:** Steven Storch
**Cc:** nicholas.zluticky@stinson.com; zachary.hemenway@stinson.com; Goodman, Eric R.; Cicero, Gerard T.; Sieger-Grimm, Susan E.
**Subject:** Dundon v. Lefkowitz
**Attachments:** Tehum AdPro - 003 - Summons Issued by Court.pdf; Tehum AdPro - 001 - Complaint w Exhibits.pdf

Steve:

We understand you represent Ms. Tirschwell in connection with the adversary proceeding captioned *Dundon, et al., v. Lefkowitz, et al. (In re Tehum Care Services, Inc.)*, Adv. Pro. No. 26-03138 (CML) (Bankr. S.D. Tex.) (the "Action").

Please find attached the Summons and Complaint in the Action.  Please confirm whether you will accept service of the Summons and Complaint on behalf of Ms. Tirschwell by this email, or if we need to take steps to effectuate personal service on Ms. Tirschwell.

Thank you.

Best,
Cameron



**Cameron Moxley**

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212-209-4909
M: 646-265-4252
cmoxley@brownrudnick.com
www.brownrudnick.com
He/him/his

Please consider the environment before printing this e-mail