United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 24, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:

TEHUM CARE SERVICES, INC. — Adv. Proc. No. 26-03138

Debtor.

MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST, and THE POST-EFFECTIVE DATE DEBTOR.

Plaintiffs

v.

YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE, LLC, PERIGROVE 1018, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY,

Defendants.

**ORDER GRANTING DEFENDANT'S EMERGENCY MOTION FOR**

**EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Upon consideration of Defendant Sara Ann Tirschwell's Emergency Motion for Extension of Time to Answer or Otherwise Respond to Complaint (the "Motion"), and the Court finding good cause for the relief requested,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED; and
2. Defendant Sara Ann Tirschwell shall have through and including Aug. 25, 2026 to answer, move, or otherwise respond to the Complaint.

Signed: August 24, 2026

Christopher Lopez
United States Bankruptcy Judge