**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:**<br><br>**TEHUM CARE SERVICES, INC.,**[1]<br><br>**Debtor,** | **Chapter 11**<br><br>**Case No. 23-90086 (CML)** |
| **MATTHEW J. DUNDON, solely in his capacity as the GUC TRUSTEE of the GUC TRUST, MICHAEL ZIMMERMAN, solely in his capacity as the PI/WD TRUSTEE of the PI/WD TRUST and THE POST EFFECTIVE DATE DEBTOR,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**YITZCHAK LEFKOWITZ a/k/a ISAAC LEFKOWITZ, YESCARE CORP., CHS TX, INC., GENEVA CONSULTING, LLC, PERIGROVE, LLC, PERIGROVE 1018, LLC, M2 HOLDCO, LLC, M2 LOANCO, LLC, PHARMACORR LLC, SARA ANN TIRSCHWELL, AYODEJI OLAWALE LADELE, BEVERLY MICHELLE RICE, JEFFREY SCOTT KING, JENNIFER LYNNE FINGER, and FRANK JEFFREY SHOLEY,**<br><br>**Defendants.** | **Adv. Pro. No. 26-03138** |

**DEFENDANT SARA ANN TIRSCHWELL'S NOTICE OF COMPLIANCE WITH COURT'S ORDER GRANTING EMERGENCY MOTION**

Defendant Sara Ann Tirschwell hereby gives notice of her compliance with the Court's August 24, 2026, *Order Granting Defendant's Emergency Motion for Extension of Time to Answer or Otherwise Response to Complaint* **(Doc. 44)** entered in this proceeding by virtue of having previously filed her *Motion (i) to Dismiss Plaintiffs' Counsel III, VII, IX, X and XVI for Failure to*

[1] The last four digits of the Debtor's federal tax identification number are 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

*State a Claim or, in the Alternative, (ii) for a More Definite Statement* on August 18, 2026 **(Doc. 40)**.

Respectfully submitted,

**MCGINNIS LOCHRIDGE LLP**

By *s/David Herrold*

David H. Herrold
Texas State Bar No. 24107029
S.D. Tex. No. 3542296
500 North Akard Street, Suite 3000
Dallas, Texas 75201
Tel. (214) 307-6991
E-mail: dherrold@mcginnislaw.com
*and*
Christopher L. Halgren
Texas State Bar No. 24069859
S.D. Tex. No. 1062824
609 Main Street, Ste. 2800
Houston, Texas 77002
Tel. (713) 615-8539
Email: chalgren@mcginnislaw.com
*and*
Ian Davis
Texas State Bar No. 24120793
S.D. Tex. No. 3644072
1111 West Sixth Street, Bldg. B, Ste. 400
Austin, Texas 78703
Tel. (512) 495-6130
Email: idavis@mcginnislaw.com

and

Steven G. Storch
*Awaiting Admission pro hac vice*
**STORCH BYRNE LLP**
437 Madison Avenue, 24th Floor
New York, New York 10022
Tel. (212) 931-1005
Email: sstorch@storchbyrnelegal.com

**Attorneys for the Defendant,**
**SARA ANN TIRSCHWELL**

CERTIFICATE OF SERVICE

The undersigned certifies that on August 25, 2026, he caused a true and correct copy of the above and foregoing filing to be filed with the CM/ECF System maintained by the Southern District of Texas, with an NEF of such filing emailed to all parties and counsel of record who have consented to electronic service in this proceeding:

**Zachery Z. Annable** zannable@haywardfirm.com
**Jason Gary Cohen** jason.cohen@bracewell.com, mary.kearney@bracewell.com
**Kimberly Dang** kdang@bassford.com, banderson@bassford.com
**Ian M Davis** idavis@mcginnislaw.com, cosborn@mcginnislaw.com; sjamail@mcginnislaw.com
**Eric Goodman** egoodman@brownrudnick.com, hcohen@brownrudnick.com; nmeyers@brownrudnick.com
**Christopher Lance Halgren** chalgren@mcginnislaw.com, cosborn@mcginnislaw.com; scampbell@mcginnislaw.com; vbaker@mcginnislaw.com
**Melissa S Hayward** MHayward@HaywardFirm.com, Mholmes@HaywardFirm.com
**David H. Herrold** dherrold@mcginnislaw.com, mgoens@mcginnislaw.com

s/David Herrold